JANET M. HEROLD
Regional Solicitor
BRUCE L. BROWN
Associate Regional Solicitor
JOSEPH M. LAKE
Senior Trial Attorney
lake.joseph@dol.gov
California State Bar Number 246679
JEREMIAH MILLER
Senior Trial Attorney
miller.jeremiah@dol.gov
WSBA # 40949
United States Department of Labor
Office of the Solicitor
300 Fifth Ave., Suite 1120
Seattle, WA 98104
(206) 757-6762
FAX (206) 757-6761

Attorneys for Plaintiff, Thomas E. Perez
Secretary of Labor, United
States Department of Labor

HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LANTERN LIGHT CORPORATION, d/b/a ADVANCED INFORMATION SYSTEMS, a corporation; DIRECTV LLC, a limited liability company; and RAMON MARTINEZ, an individual,<br><br>Defendants. | Case No.: 2:12-cv-01406-RSM<br><br>**DECLARATION OF JOSEPH LAKE IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT DIRECTV LLC**<br><br>NOTING DATE: April 10, 2015 |

Plaintiff Secretary of Labor's
Declaration of Joseph Lake
*Perez v. Lantern Light Corp, et al., 2:12-cv-01406-RSM*
Page 1

Office of the Solicitor, U.S. Department of Labor
300 Fifth Avenue, Suite 1120
Seattle, WA 98101
(206) 757-6762

1  Now comes Joseph M. Lake, and states as follows:

2  1. I am employed by the United States Department of Labor, Office of the Solicitor, 90 7th
3  Street, Suite 3-700, San Francisco, California, 94103 and I am the lead attorney for the
4  Plaintiff in the above-captioned matter.
5  2. The following facts are true and correct to the best of my personal knowledge.
6  3. Attached as Exhibit A is a true and correct copy of the transcript for the deposition of
7  Steven Crawford, designated DirecTV's person most knowledgeable pursuant to Federal
8  Rule of Civil Procedure 30(b)(6).
9
10  4. Attached as Exhibit B, and filed under seal, is a true and correct copy of the DirecTV,
11  Inc. Services Provider Agreement, marked DTV000283-324.
12  5. Attached as Exhibit C is a true and correct copy of the Assumption Agreement between
13  Lumin, Inc. and ("AIS"), marked DTV000043-44.
14  6. Attached as Exhibit D is a true and correct copy of Defendant Lantern Light Corporation,
15  d/b/a Advanced Information Systems' Fourth Amended Answers to the Secretary's
16  Interrogatories (First Set).
17  7. Attached as Exhibit E, and filed under seal, is a true and correct copy of an E-mail
18  exchange dated October 10-13, 2014, marked DTV e0200777.
19
20  8. Attached as Exhibit F is a true and correct copy of the transcript for the deposition of
    Marc Mastin.
21
22  9. Attached as Exhibit G is a true and correct copy of a Work Order from DirecTV, marked
23  DOL 003498.
24  10. Attached as Exhibit H, and filed under seal, is a true and correct copy of an E-mail
25  exchange dated November 4, 2011, and marked DTV e0143795-796.

Plaintiff Secretary of Labor's                                    Office of the Solicitor, U.S. Department of Labor
Declaration of Joseph Lake                                        300 Fifth Avenue, Suite 1120
*Perez v. Lantern Light Corp, et al., 2:12-cv-01406-RSM*          Seattle, WA 98101
Page 2                                                            (206) 757-6762

11. Attached as Exhibit I is a true and correct copy of the transcript for the deposition of Joshua Guttormsen.

12. Attached as Exhibit J, and filed under seal, is a true and correct copy of an E-mail exchange dated November 10-13, 2013, and marked DTV e0172877-e0172879.

13. Attached as Exhibit K is a true and correct copy of the transcript for the deposition of David Baker.

14. Attached as Exhibit L, and filed under seal, is a true and correct copy of an E-mail exchange dated July 1, 2011, and marked DTV e0128506.

15. Attached as Exhibit M, and filed under seal, is a true and correct copy of the DirecTV Field Services Standard Professional Installation Guidelines and Installation & Customer Service Manual, marked DTV004202-4239.

16. Attached as Exhibit N is a true and correct copy of the transcript for the deposition of Chris King.

17. Attached as Exhibit O is a true and correct copy of an E-mail exchange dated November 17, 2012, and marked DOL Martinez 0025-27.

18. Attached as Exhibit P, and filed under seal, is a true and correct copy of an E-mail exchange dated November 4, 2011, and marked DTV e0143795-796.

19. Attached as Exhibit Q is a true and correct copy of a report titled Customer Satisfaction Rates for Week Ending 02/27/2012, marked DOL 002807.

20. Attached as Exhibit R, and filed under seal, is a true and correct copy of a Spreadsheet report of installer performance from June 2012 to May 2013, produced by DirecTV, marked DTV000276.

Plaintiff Secretary of Labor's
Declaration of Joseph Lake
*Perez v. Lantern Light Corp, et al.*, 2:12-cv-01406-RSM
Page 3

Office of the Solicitor, U.S. Department of Labor
300 Fifth Avenue, Suite 1120
Seattle, WA 98101
(206) 757-6762

21. Attached as Exhibit S, and filed under seal, is a true and correct copy of an E-mail dated July 30, 2013, from DirecTV Regional Director Marc Mastin, marked DTV e0172820.

22. Attached as Exhibit T is a true and correct copy of a letter from DirecTV to "Contracting Partner," dated March 5, 2012, DOL 001528.

23. Attached as Exhibit U is a true and correct copy of the transcript for the deposition of Defendant Ramon Martinez, designated AIS's person most knowledgeable pursuant to Federal Rule of Civil Procedure 30(b)(6).

24. Attached as Exhibit V is a true and correct copy of an undated Rate Card provided to the Secretary by AIS, and marked DOL 001530.

25. Attached as Exhibit W is a true and correct copy of the <u>Addendum to DirecTV Services Provider Agreement</u>, marked DOL Martinez 0013-15.

26. Attached as Exhibit W is a true and correct copy of an E-mail from AIS Operations Manager Justin Masencup, dated January 23, 2013, and marked DOL 004832.

27. Attached as Exhibit X is a true and correct copy of an E-mail from AIS Controller Lisa Kelly, dated July 13, 2011, and marked DOL 004790.

28. Attached as Exhibit Y, and filed under seal, is a true and correct copy of an E-mail exchange dated April 6-7, 2014, and marked DTV e0172475.

29. Attached as Exhibit Z, and filed under seal, is a true and correct copy of an E-mail dated March 13, 2012, and marked DTV e0172078.

30. Attached as Exhibit AA, and filed under seal, is a true and correct copy of an E-mail dated December 2, 2013, and marked DTV e0172823.

31. Attached as Exhibit BB is a true and correct copy of an E-mail exchange dated September 6, 2013, and marked DOL Martinez 0048-49.

Plaintiff Secretary of Labor's
Declaration of Joseph Lake
*Perez v. Lantern Light Corp, et al.*, 2:12-cv-01406-RSM
Page 4

Office of the Solicitor, U.S. Department of Labor
300 Fifth Avenue, Suite 1120
Seattle, WA 98101
(206) 757-6762

32. Attached as Exhibit CC, and filed under seal, is a true and correct copy of an E-mail exchange dated November 23, 2011, and marked DTV e0139105-106.

33. Attached as Exhibit DD, and filed under seal, is a true and correct copy of an E-mail exchange dated November 23, 2011, and marked DTV e0139107-110.

34. Attached as Exhibit EE, and filed under seal, is a true and correct copy of an E-mail exchange dated September 7, 2011, and marked DTVe0114958

35. Attached as Exhibit FF, and filed under seal, is a true and correct copy of an E-mail exchange dated April 29, 2012, and marked DTV e0125683.

36. Attached as Exhibit GG, and filed under seal, is a true and correct copy of an E-mail exchange dated December 13, 2011, and marked DTVe0130876.

37. Attached as Exhibit HH is a true and correct copy of an E-mail exchange dated June 28, 2013, and marked DOL Martinez 0057.

38. Attached as Exhibit II is a true and correct copy of the DirecTV, Inc. Services Provider Agreement between DirecTV and Modern Day Satellite, dated July 29, 2009.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 19, 2015                    _____/s/ Joseph Lake_____
                                                             JOSEPH M. LAKE

Plaintiff Secretary of Labor's                           Office of the Solicitor, U.S. Department of Labor
Declaration of Joseph Lake                                              300 Fifth Avenue, Suite 1120
*Perez v. Lantern Light Corp, et al., 2:12-cv-01406-RSM*                       Seattle, WA 98101
Page 5                                                                            (206) 757-6762