# **<u>EXHIBIT B FILED UNDER SEAL</u>**