# WORK ORDER


DIRECTV

| Company: | DIRECTV HOME SERVICES | Customer Information | | IV Retest Enforced: | Y |
|---|---|---|---|---|---|
| Tech ID: | DVWA816973 | Name: | HUNT, DANIEL | Account #: | 81971465 |
| Service Region: | WA83 | Address Line 1: | 516 N 84TH ST | Order Type: | Sales Order |
| Earliest Start: | 12/06/2012 12:00 PM | Address Line 2: | | Sub Type: | Upgrade |
| Planned Start: | 12/06/2012 03:16 PM | City, State, Zip: | SEATTLE, WA 98103- | SR Sub Area: | Upgrade |
| Due: | 12/06/2012 04:00 PM | Primary Phone Number: | (206)313-4669 | Order Class: | Upgrade |
| Dwelling: | Residential | Secondary Phone Number: | ()- | Duration: | 30 |
| OMS Order ID: | 176915777 | MAS Programming: | N | Status: | Acknowledged |
| Property ID: | 1727490 | Priority: | 3-Normal | Activity #: | 1-18W69GPM |
| 40Ft Ladder | N | Partner: | None | | |

| Account Type | Activation | RS Count | Protection | RS Count | Repeat | VIP/OOP | Comments |
|---|---|---|---|---|---|---|---|
| REG | Y | 0 | Y | 0 | N | | |

Resolutions/ Tech Driving: NE 5th St: turn left onto 94th Ave NE (0.183 MILES., 00:00:35 Hours.); 94th Ave NE: turn right onto NE 1st St (0.060 MILES., 00:00:11 Hours.); Lake Washington Blvd NE: bear left onto NE 12th St (0.527 MILES., 00:01:58 Hours.); NE 12th St: keep right on 84th Ave NE (0.135 MILES., 00:00:33 Hours.); 84th Ave NE: right turn to WA-520 (1.052 MILES., 00:03:07 Hours.); change onto I-5 (4.442 MILES., 00:06:05 Hours.); keep left on I-5 (0.112 MILES., 00:00:09 Hours.); turn right from I-5, continue ahead onto N 85th St (3.164 MILES., 00:03:26 Hours.); N 85th St: turn left onto Fremont Ave N (1.349 MILES., 00:03:50 Hours.); Fremont Ave N: turn right onto N 84th St (0.051 MILES., 00:00:10 Hours.)

| SWM Flag: | Y | Mode: | alreadyInstalled | Compatibility: | |
| --- | --- | --- | --- | --- | --- |
| | | | | MRV = | alreadyInstalled |
| | | | | SWiM = | true |

| | Product Line Items | Product | Delivery Method | Action Req | IRD Serial Number | IRD Access Card | AC Type | Category | Tech Action Taken |
|---|---|---|---|---|---|---|---|---|---|
| 1 | IRD - STANDARD | IRD - STANDARD | Tech Delivers | New | | | | New | Installed |
| 2 | MULTI-SWITCH | MULTI-SWITCH SWM 8 | Tech Delivers | New | | | | New | Support Hardware Installed |
| 3 | IRD - KA/KU | DIRECTV H23-600 | | | E19BG0HR000978 | 002050744610 | P | Existing | IV Retest |

Tech Instructions:

I hereby acknowledge that my DIRECTV System, as ordered, has been installed to my satisfaction.

Signature: _____   Date: _____

DIRECTV Protection Plan: (i) I agree to the purchase of the DIRECTV Protection Plan at $5.99 per month. _____ (initials)
Protection Plan Premier: (i) I agree to the purchase of the Protection Plan Premier at $19.99 per month. _____ (initials)
Protection Plan Premier with ADH: (i) I agree to the purchase of the Protection Plan Premier with ADH at $24.98 per month. _____ (initials)
(ii) 30 -days cancellation policy has been explained with terms and conditions.

Signature: _____   Date: _____