1  JANET M. HEROLD
   Regional Solicitor
2  BRUCE L. BROWN
   Associate Regional Solicitor
3  JOSEPH M. LAKE
   Senior Trial Attorney
4  California State Bar Number 246679
   JEREMIAH MILLER
5  Senior Trial Attorney
   miller.jeremiah@dol.gov
6  WSBA # 40949
   United States Department of Labor
7  Office of the Solicitor
   300 Fifth Ave., Suite 1120
8  Seattle, WA 98104
   (206) 757-6762
9  FAX (206) 757-6761
10
   Attorneys for Plaintiff, Thomas E. Perez
11 Secretary of Labor, United
   States Department of Labor
12

**HON. RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br> v. <br><br> LANTERN LIGHT CORPORATION, d/b/a ADVANCED INFORMATION SYSTEMS, a corporation; DIRECTV LLC, a limited liability company; and RAMON MARTINEZ, an individual, <br><br> Defendants. | Case No.: 2:12-cv-01406-RSM <br><br> **(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT DIRECTV LLC** <br><br> Noting date: April 10, 2015 |

The Court, having considered the Motion for Partial Summary Judgment filed by Plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor (the "Secretary"), and for good cause appearing,

(Proposed) Order Granting Secretary's Motion
for Partial Summary Judgment
Perez v. Lantern Light Corp., et al., 2:12-cv-01406-RSM
Page 1

Office of the Solicitor, U.S. Department of Labor
300 Fifth Avenue, Suite 1120
Seattle, WA 98101
(206) 757-6762

**IT IS HEREBY ORDERED** as follows:

1. The Secretary's Motion for Partial Judgment is GRANTED;

2. There is no genuine issue as to any material fact relied on by the Secretary, and therefore, as a matter of law, since at least August 21, 2009, Defendant DirecTV LLC was an employer, as defined by Section 3 of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 203, of all satellite television installers employed by Defendant Lantern Light Corporation, d/b/a Advanced Information Systems ("AIS"), or any predecessors or successors in interest of AIS.

3. Defendant DirecTV LLC is jointly and severally liable for any violations of the FLSA found by the Court, since at least August 21, 2009, which relate to satellite television installers employed by Defendant AIS, or any predecessors or successors in interest of AIS.

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

Dated:  March 19, 2015              M. PATRICIA SMITH
                                    Solicitor of Labor
                                    JANET M. HEROLD
                                    Regional Solicitor

                          By:    /s/ Joseph Lake_____
                                    JOSEPH M. LAKE
                                    Senior Trial Attorney

                                    JEREMIAH MILLER
                                    Senior Trial Attorney

                                    Attorneys for the Plaintiff Secretary of Labor,
                                    United States Department of Labor

(Proposed) Order Granting Secretary's Motion         Office of the Solicitor, U.S. Department of Labor
for Partial Summary Judgment                         300 Fifth Avenue, Suite 1120
Perez v. Lantern Light Corp., et al., 2:12-cv-01406-RSM            Seattle, WA 98101
Page 2                                               (206) 757-6762