JANET M. HEROLD
Regional Solicitor
BRUCE L. BROWN
Associate Regional Solicitor
JOSEPH M. LAKE
Senior Trial Attorney
California State Bar Number 246679
JEREMIAH MILLER
Senior Trial Attorney
miller.jeremiah@dol.gov
WSBA # 40949
United States Department of Labor
Office of the Solicitor
300 Fifth Ave., Suite 1120
Seattle, WA 98104
(206) 757-6762
FAX (206) 757-6761

Attorneys for Plaintiff, Thomas E. Perez
Secretary of Labor, United
States Department of Labor

**HON. RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br>v.<br><br>LANTERN LIGHT CORPORATION, d/b/a ADVANCED INFORMATION SYSTEMS, a corporation; DIRECTV LLC, a limited liability company; and RAMON MARTINEZ, an individual,<br><br>Defendants. | Case No.: 2:12-cv-01406-RSM<br><br>**NOTICE OF ADDITIONAL EXHIBITS (PART ONE) IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT DIRECTV LLC**<br><br>Noting date: April 10, 2015 |

Additional Exhibits for Secretary's Motion
for Partial Summary Judgment
Perez v. Lantern Light Corp., et al., 2:12-cv-01406-RSM
Page 1

Office of the Solicitor, U.S. Department of Labor
300 Fifth Avenue, Suite 1120
Seattle, WA 98101
(206) 757-6762

Attached to this filing, please find part one of additional exhibits submitted by the Plaintiff in support of his Motion for Partial Summary Judgment. *Dkt No.* 121.

Dated: March 19, 2015

M. PATRICIA SMITH
Solicitor of Labor
JANET M. HEROLD
Regional Solicitor

By: \_/s/ Joseph Lake_____
JOSEPH M. LAKE
Senior Trial Attorney

JEREMIAH MILLER
Senior Trial Attorney

Attorneys for the Plaintiff Secretary of Labor,
United States Department of Labor

Additional Exhibits for Secretary's Motion
for Partial Summary Judgment
Perez v. Lantern Light Corp., et al., 2:12-cv-01406-RSM
Page 2

Office of the Solicitor, U.S. Department of Labor
300 Fifth Avenue, Suite 1120
Seattle, WA 98101
(206) 757-6762