```
 1              UNITED STATES DISTRICT COURT

 2            WESTERN DISTRICT OF WASHINGTON

 3

 4  HILDA L. SOLIS, Secretary of    )
    Labor, United States Department )
 5  of Labor,                       )
                                    )
 6                  Plaintiff,      )
                                    ) Case No.:
 7       -vs-                       ) 2:12-cv-01406-RSM
                                    )
 8  LANTERN LIGHT CORPORATION,      )
    d/b/a ADVANCED INFORMATION      )
 9  SYSTEMS, a corporation;         )
    DIRECTV, LLC, a limited         )
10  liability company; and RAMON    )
    MARTINEZ, an individual,        )
11                                  )
                    Defendants.     )
12                                  )
    _____ )
13

14          DEPOSITION UPON ORAL EXAMINATION

15                       OF

16                 CHRISTOPHER KING

17             Wednesday, June 4, 2014

18                   9:00 a.m.

19               300 Fifth Avenue

20               Seattle, Washington

21

22

23

    Reported by:
24  Cheryl Macdonald, CRR, RMR
    Court Reporter
25  JOB No. 140604CMA
```

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

**EXHIBIT N**

```
1                    A P P E A R A N C E S

2

3   FOR THE PLAINTIFF:

4                    NIAMH E. DOHERTY
                     Trial Attorney
5                    U.S. DEPARTMENT OF LABOR
                     Office of the Solicitor
6                    350 South Figueroa Street
                     Suite 370
7                    Los Angeles, California 90071
                     doherty.niamh@dol.gov
8
                          and
9
                     JOSEPH M. LAKE
10                   Trial Attorney
                     U.S. DEPARTMENT OF LABOR
11                   Office of the Solicitor
                     90 7th Street
12                   Suite 3-700
                     San Francisco, California 94103
13                   lake.joseph@dol.gov

14

15  FOR DIRECTV:

16                   JOEL P. KELLY
                     Attorney at Law
17                   JACKSON LEWIS
                     725 South Figueroa Street
18                   Suite 2500
                     Los Angeles, California 90017
19                   Kelly@jacksonlewis.com

20

21   FOR LANTERN LIGHT CORPORATION:

22                   JENNIFER L. TRUONG
                     Attorney at Law
23                   AMS LAW
                     1711 South Jackson Street
24                   Seattle, Washington 98144
                     jliutruong@amslaw.net

25

                                                    2
```

**EXHIBIT N**

```
1                    I N D E X

2

3   EXAMINATION                                      PAGE

4   BY MS. DOHERTY:  ........................      4

5

6
    EXHIBITS MARKED                                  PAGE
7

8   No. 1           Rate card..................      22

9   No. 2           DirecTV Services Provider
                    Agreement with Lumin........      65
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                        3
```

```
1   CHRISTOPHER KING, witness herein, having been first
                      duly sworn by the Certified Court
2                     Reporter, deposed and said as
                      follows:

3

4                          EXAMINATION

5   BY MS. DOHERTY:

6        Q.    Good morning, Mr. King.

7        A.    Good morning.

8        Q.    Please state and spell your name for the

9   record.

10       A.    Christopher King, C-H-R-I-S-T-O-P-H-E-R

11  K-I-N-G.

12       Q.    Have you ever been deposed?

13       A.    No.

14       Q.    First time.  Before we begin, I'll just go

15  over some ground rules.  First of all, as you see, we

16  have a court reporter.  She's transcribing everything.

17  And it's very important that she be able to hear

18  what's being said.  So I'd ask that you allow me time

19  to finish my question, even if maybe you know what I'm

20  going to ask before you answer.  Likewise, I'll try to

21  listen carefully, let you fully respond.

22            Your attorney might, of course, want to

23  object to something.  So, depending on how things go,

24  you might want to wait a little bit before you

25  respond.  We also require oral answers, so if you want
```

4

**EXHIBIT N**

1  to nod or, you know --

2      A.    Understood.

3      Q.    You understand.  Very good.  Are you under

4  medical care at the moment?

5      A.    No.

6      Q.    Have you taken any drugs or medication that

7  might affect your ability to give competent testimony

8  today?

9      A.    No.

10      Q.    Any alcohol this morning?

11      A.    No.

12      Q.    Is there any reason you can think of that

13  might hinder your ability to give competent testimony

14  today?

15      A.    No.

16      Q.    If at any time you want to take a break we

17  can do that.  Just let me know if we need to take a

18  break.  We will take breaks periodically throughout

19  the day.

20      A.    Sure.

21      Q.    I would just ask that, if there's a

22  question pending, you would answer my question before

23  you ask for a break.  I'd also ask that you not guess

24  but that you provide your best answer, which might be

25  an estimate but not a guess.  So just to differentiate

5

**EXHIBIT N**

those two, if I were to ask you how big is this table you might estimate that it's 12 or 15 feet long.  If I were to ask you how big is my desk, which you've never seen, you'd have to guess.  So I ask that you avoid guessing.  If you don't know the answer to a question, just simply state that you don't know and just give me your best estimate.  If at any time you recall the answer to something that I had asked previously, feel free to let me know, and we can either go back and explore that or address it at that time.

Did you review any documents to prepare for your deposition today?

A.    Yes.

Q.    What did you review?

A.    Documents provided by my attorneys.

Q.    Can you describe those documents?

A.    Contract between DirecTV and AIS.  Witness statements.  Prior testimony from our organization in similar cases.  Some financial documents from AIS.  That's really about what I've reviewed.

Q.    And you mentioned prior testimony from similar cases.  Do you have any sense of how many cases?

A.    I'm sorry.  Could you repeat the question?

Q.    Sure.  You mentioned that you reviewed

6

**EXHIBIT N**

```
 1   documents related to prior testimony in similar cases?

 2        A.    Uh-huh.

 3        Q.    Do you have any idea how many cases?

 4        A.    Oh, it was one to two, I think.

 5        Q.    One to two cases?

 6        A.    Yeah.

 7        Q.    Do you know where those cases are pending

 8   or --

 9        A.    I do not.

10        Q.    So let's talk about your background a

11   little bit.

12        A.    Sure.

13        Q.    Could you tell me about your education.

14        A.    I have a bachelor's degree from Radford

15   University in Radford, Virginia.  Degrees in

16   communications with a concentration on journalism.

17        Q.    Okay.

18        A.    Beyond college?

19        Q.    Sure.  If there's education beyond college.

20        A.    No education.  Bachelor's degree.

21        Q.    Other certificates?  No other education?

22        A.    No.

23        Q.    So once you graduated from college, let's

24   go through your work experience history.

25        A.    Started my career as an intern with a
```

7

**EXHIBIT N**

1  Congressman, Congressman Rich Boucher from my home

2  state in Washington D. C.  So spent a short period of

3  time there.  Shortly after worked for a PR company

4  called Edelman Worldwide.  Started as an intern and

5  came on full-time a little bit after that.  Following

6  Edelman I worked for the Electronic Industries

7  Association, which is known as today as SEMA, doing

8  CES shows and things like that.

9          After that worked for the Satellite

10  Broadcasting and Communications Association for a

11  couple of years, two and a half years.  Shortly

12  thereafter worked for a member company of that

13  organization called the National Rural

14  Telecommunications Cooperative.  And following that

15  worked for small boutique recruiting agency for one

16  year before going to Dish Network, and served as a

17  general manager for one of their operations there.

18          Six years later I started with a company

19  called Ironwood Communications that, within the year,

20  was purchased by DirecTV, and I've been with DirecTV

21  since.

22      Q.    And about what year was that that it was

23  purchased by DirecTV?

24      A.    I believe it was July of 2008.

25      Q.    And Dish Network, what years were you at

8

**EXHIBIT N**

1    Dish?

2         A.    2001 through -- through the late summer of

3    2007.

4         Q.    At which time you went over to Ironwood?

5         A.    That's correct.

6         Q.    And when you started with DirecTV, so in

7    July 2008, when it took over Ironwood, what was your

8    role?

9         A.    Regional director of operations.

10        Q.    And what is your current role?

11        A.    I'm responsible for all fulfillment of

12   operations in Colorado, Wyoming and Montana, and

13   ensuring that our fulfillment work meets and exceeds

14   our quality standards, and that our customer

15   satisfaction is representative of the DirecTV brand.

16        Q.    Are you currently a regional director of

17   operations?

18        A.    I am.

19        Q.    So since 2008 you've maintained the same

20   position?

21        A.    2007, I was regional director of operations

22   for Ironwood.  So for DirecTV specifically, yes.

23        Q.    When you mentioned a fulfillment, what do

24   you mean by that?

25        A.    Work orders that are placed by customers

9

**EXHIBIT N**

1    and then sent to our organization to be completed.

2        Q.    So where is your office currently?

3        A.    Well, my office, my offices -- I'm from

4    Coeur d'Alene, Idaho, and I work out of a home office,

5    but I most frequently report to our office in Spokane,

6    our field office, but I travel frequently.  So I'm on

7    the road most of the time.

8        Q.    And you are the regional director of

9    operations in Washington state as well, was it?

10       A.    No, not at present.  When I originally

11   started with the organization Washington was a part of

12   my territory.  It is no longer a part of my territory.

13       Q.    So what is your current territory?

14       A.    Colorado, Wyoming and Montana.

15       Q.    So when you originally started, can you

16   tell me what states were in your territory?

17       A.    Yes.  Northern California, Washington, with

18   the exception of the Vancouver, Washington area.  That

19   was by somebody else.  The eastern end of Washington,

20   when I began.  So -- and that's changed a few times

21   since.

22       Q.    So aside from Northern California and then

23   parts of Washington there were no other places?

24       A.    Sure.  There were a few others.

25       Q.    At that time, when you first began with

                                                          10

**EXHIBIT N**

1  DirecTV?

2      A.    No.  Well, you could consider the northern

3  one third of Idaho in that group.  Montana was added

4  later.

5      Q.    And Wyoming was added later?

6      A.    Wyoming was added later and Colorado,

7  correct.

8      Q.    At what point did you stop overseeing

9  operations in Washington state?

10     A.    Approximately September of 2012.

11     Q.    Why the change?

12     A.    I was given an opportunity to work in a

13 different division.  It was a lateral move, but a good

14 one for my career.

15     Q.    So the time period that our investigation

16 looked at was 2009 to 2011.

17     A.    Uh-huh.

18     Q.    And I understand that you were at a meeting

19 of -- with our wage and hour investigator, Amy Ward, I

20 think, a couple of years ago now?

21     A.    I believe that's correct.

22     Q.    What do you recall from that meeting?

23     A.    Not much.  It's been quite a while ago.

24     Q.    Do you remember who was there?

25     A.    I think Mr. Martinez, Ray Martinez was

                                                        11

1  there.  I believe one of his staff members.  I think

2  -- I don't remember her name.  Perhaps Lisa was her

3  name.  I believe -- obviously, I was physically there.

4  Several people, Ms. Ward, obviously, and I believe we

5  had representation from our legal department on the

6  phone, if memory serves.

7      Q.    I'm sorry?

8      A.    I said if memory serves.

9      Q.    Okay, okay.  We'll get back to that later.

10 Going back to the time that you oversaw operation in

11 Washington, in the Seattle area specifically --

12     A.    Uh-huh.

13     Q.    -- what were your responsibilities?

14     A.    Well, I'm responsible for all work that's

15 completed in this area, right.  All results,

16 financials, fleet management, training management for

17 our internal employees, career development, training,

18 warehouse.  Quite a broad responsibility.

19     Q.    About how many people did you manage?

20     A.    In Washington?

21     Q.    Yes.

22     A.    Direct reports or total as a team?

23     Q.    Well, let's do both.  Direct reports.

24     A.    Usually -- okay.  Can you give me the time

25 frame once again just -- so you're talking about in

                                                    12

**EXHIBIT N**

```
 1  between 2009 and 2011?

 2      Q.    Yes.

 3      A.    I'd say there was roughly six direct

 4  reports, and roughly at the time -- I'll say roughly

 5  275 total employees in the group.

 6      Q.    And about how many of those people were

 7  installers, cable installers?

 8      A.    The majority.  I wouldn't be able to give

 9  it a number, but it's the majority.

10      Q.    So how many cable installers does DirecTV

11  employ nationwide?  Do you have any idea?

12            MR. KELLY:  Objection, relevance.  Instruct

13  the witness not to answer.  We're talking about joint

14  employment allegations with respect to a single

15  contractor called AIS W-2's.

16            MS. DOHERTY:  Counsel --

17            MR. KELLY:  Let me just say it.

18            MS. DOHERTY:  -- you can concisely state

19  your objection.

20            MR. KELLY:  I am stating my objection,

21  making a record.  DirecTV's W-2's are not relevant to

22  this case, and certainly any issue outside of

23  Washington is not relevant to this case.

24      Q.    Are you taking your counsel's instruction

25  not to answer?
```

                                                    13

**EXHIBIT N**

1          MR. KELLY:  We'll stipulate that if I

2   instruct him not to answer he will not answer.

3          Q.    Yes?  You're taking your counsel's

4   instruction not to answer?

5          A.    Yes.

6          Q.    So I want to talk about the cable

7   installers that DirecTV has working for DirecTV in

8   house, so the majority that you mentioned.

9          MR. KELLY:  We're not going to testify

10  about DirecTV W-2's.  I'm going to instruct him not to

11  answer any questions about W-2s because it's

12  irrelevant.  This case concerns joint employment

13  allegations with respect to AIS.  We're here to talk

14  about AIS, not DirecTV.

15         Q.    Are you taking your counsel's instructions

16  not to answer?

17         A.    Yes.

18         MR. LAKE:  Off the record.

19         MS. DOHERTY:  We'll go off the record for a

20  moment.

21         (Off the record from 9:12 to 9:16 a.m.)

22         Q.    Let's talk about AIS.  When did you first

23  become aware of AIS?

24         A.    I wouldn't remember the date specifically,

25  but it was in the time frame in which we were

                                                          14

**EXHIBIT N**

discussing between 2009 - 2011.  I wouldn't remember the date.

Q.    And who is AIS?

A.    It stands for Advanced Information Systems. They're a subcontractor for our Seattle operations.

Q.    And why does DirecTV use subcontractors for your Seattle operation?

A.    We use them for overflow of existing work orders.  Work orders fluctuate in volume.  So -- and during seasonal periods.  So it's necessary to be able to meet customer demands and maintain our quality standards by having the right amount of people available to do installs and services.

Q.    So you mentioned seasonal work.  What do you mean by that?

A.    Customers buy differently at different times of the year.

Q.    Why is that?

MR. KELLY:  Technically it calls for speculation, but you can answer.

A.    I would say that there's a few times of the year where our promotions are more aggressive.  We're a sports company.  A lot of our play is sports, during sports seasons, the key sports scenes especially.  I'm sure our business in Seattle will be busy this year,

15

**EXHIBIT N**

1    but typically --

2              MR. KELLY:  The Mariners.

3         A.    But seasonal trending just based on, you

4    know, customer buying patterns, in our industry to be

5    seasonal.

6         Q.    And about how many installers were working

7    for AIS in the 2009 period?  Do you recall?

8         A.    I do not.

9         Q.    How did you find AIS?

10             MR. KELLY:  Vague and ambiguous.

11        Q.    How did DirecTV first find AIS?

12             MR. KELLY:  You mean how they developed the

13   relationship with them?  I think that's what she's

14   asking.

15        A.    I don't recall when I met them specifically

16   or how they were introduced to me.  Yeah.  I don't

17   remember when or how we were introduced.  It was

18   through one of the offices that mentioned that they

19   had a potential contractor that was interested.  So --

20   but specifics on dates or time frames I wouldn't know.

21        Q.    Is there anything that would help you

22   recall?

23        A.    I don't know.

24        Q.    You mentioned Ray Martinez earlier.

25        A.    Uh-huh.

                                                      16

**EXHIBIT N**

```
 1      Q.    I believe he was the owner or is the owner
 2  of AIS?
 3      A.    He is at present, yes.
 4      Q.    Prior to him was there a different owner
 5  you dealt with?
 6      A.    I believe it was co-owned by Mr. Martinez
 7  and one other individual.  His name is Mike Lair.
 8      Q.    Did you meet with these men?
 9      A.    Uh-huh.
10      Q.    And tell me about those meetings.  Maybe
11  we'll start with the first meeting that you recall.
12      A.    I don't really recall a first meeting.  We
13  would have periodic meetings on a relatively
14  infrequent basis.
15      Q.    And by "relatively infrequent," I mean,
16  what's your best estimate of how frequent those
17  meetings were?
18      A.    I would say sometimes once every other
19  month, once quarterly.  At times they would be more
20  frequent based on need, but it wasn't an extensive
21  amount of time that we spent together.
22      Q.    And where would those meetings take place?
23      A.    Usually at our field office.
24      Q.    Where is that?
25      A.    At the time it would have been in -- at the
```

**EXHIBIT N**

1  time in Lynnwood, Washington or in Lacey, Washington.

2      Q.    When you say "our field office"?

3      A.    I mean DirecTV's home services field

4  offices.

5      Q.    And as best you can recall, what was the

6  general nature of those meetings?

7      A.    Without reference to a specific meeting

8  subject, I wouldn't recall.

9      Q.    Why were you meeting with Michael and Ray?

10     A.    To discuss basic business issues.

11     Q.    Such as?

12     A.    Staffing.  Forecasting what our work was

13 going to be in future months.  Compliance data.

14 Things of that nature.

15     Q.    Were you involved in contracts, written

16 contracts, with Ray Martinez or Michael Lair, drafting

17 or negotiating contracts?

18     A.    Was I involved in the contract with

19 DirecTV?

20          MR. KELLY:  Between DTV and --

21     Q.    Between DirecTV and Mr. Martinez or Mr.

22 Lair.

23     A.    I'm sorry.  In the constructs of those

24 contracts or are you talking about -- I'm sorry, I

25 just don't understand the question.

                                                      18

**EXHIBIT N**

1      Q.    Sure, sure.  Let me phrase a better

2  question.  Were you involved in negotiating the terms

3  of the contracts with --

4      A.    No.

5      Q.    Were you involved in the execution of the

6  contracts?  In other words, did Michael or Ray sign

7  the contracts in your presence?

8      A.    No.

9      Q.    Who was involved in creating those

10 contracts?

11     A.    I don't know.

12     Q.    You mentioned that you reviewed a contract

13 between DirecTV and AIS before coming today.  What was

14 that contract?

15     A.    The contract signed by AIS from -- with

16 DirecTV.

17     Q.    When was the first time you saw that

18 contract?

19     A.    I don't recall the first time.  It's -- if

20 I saw it before last Tuesday when I met with my

21 lawyers.  I don't recall if that's the last time I've

22 ever seen it, the first time I remember actually

23 looking at their specific contract.

24     Q.    Who at DirecTV was involved in drafting or

25 negotiating that contract?

                                                        19

**EXHIBIT N**

1    A.    I do not know who at the company wrote it.

2  I don't know who wrote it.

3    Q.    Let's talk about the installers working for

4  AIS.

5    A.    Okay.

6    Q.    Did you meet installers working for AIS at

7  any time?

8    A.    Not -- I don't recall ever meeting an

9  installer for AIS.

10   Q.    So, do you only recall dealing with Ray

11 Martinez and Michael Lair?

12   A.    Lair, and perhaps some of his front line

13 leadership, but not the techs.

14   Q.    How many -- approximately how many

15 installers, say during a busy period, would AIS have

16 working for DirecTV customers?

17        MR. KELLY:  Asked and answered, but you can

18 answer.

19   A.    I would say in a -- well, first of all, it

20 would depend on the seasonal -- what time of year.  It

21 would depend on how much volume was coming in, whether

22 or not we were under or over forecast.  I wouldn't

23 want to speculate on a number because I don't really

24 recall.  It's been quite a while since I was with that

25 group.  But, so, you want to know specific numbers on

                                                      20

1  how many would be working at any given time on
2  average?
3       Q.    Sure.
4       A.    I just wouldn't want to guess.  So, I guess
5  I wouldn't know the number.
6       Q.    Well, can you estimate the high end during
7  a busy season?
8       A.    I could estimate between 15 and 20 to 25 at
9  the most.
10      Q.    And at a slow time what would be your
11 estimate?
12      A.    Roughly 15 to 20.
13      Q.    So the same number of people during slow
14 and busy times?
15            MR. KELLY:  Mischaracterizes the witness's
16 statement.  He said it was 15 to 20 to 25 in busy
17 periods.
18      Q.    So, again, during a slow period of time,
19 approximately how many people cable installers --
20      A.    Estimated to be 15 to 20.
21      Q.    How did AIS pay their installers?
22      A.    I have no idea how they pay their
23 installers.
24      Q.    How did DirecTV pay AIS?
25            MR. KELLY:  Objection.  Irrelevant.  We've

21

1  had conversations between counsel on the lack of

2  relevance.   Instruct the witness not to answer.

3  Financial privacy, among other reasons.

4      Q.    Are you taking your attorney's instruction

5  not to answer?

6      A.    Yes.

7          MS. DOHERTY:   I'm going to show you a

8  document.

9          (Marked for identification Exhibit 1.)

10     Q.    Does this look familiar to you?

11     A.    Yes.

12     Q.    What is it?

13     A.    It's a rate matrix for the tier N-2

14  subcontractor.

15     Q.    What does that mean tier N-2?

16     A.    It's a classification of pay paid to a

17  certain contractor.

18     Q.    Is that a DirecTV classification?

19     A.    Yes.

20     Q.    How many --

21     A.    It's a term that we would use.

22     Q.    How many different tiers are there?

23     A.    I don't know.

24     Q.    Do you have any estimate?

25     A.    There's a handful.  Maybe five.

                                                    22

1      Q.    And how many different subcontractors did
2 you work with in the Seattle area?
3      A.    Two over the course of five years.
4      Q.    And other than AIS, who did you work with
5 as a contractor?
6      A.    I'm trying to remember his name.  It's a
7 very small operation in our Lacey operation, not in
8 our Seattle operation.  I can't recall the name of the
9 company.
10     Q.    Did you work with individual installers as
11 subcontractors?
12     A.    No.
13     Q.    So just so that I'm clear, you only recall,
14 in five years, working with AIS and one other
15 subcontractor?
16           MR. KELLY:  Mischaracterizes.  He said the
17 other company was in Lacey, not Seattle.
18     Q.    In Washington state you only recall working
19 with AIS and one other subcontractor?
20     A.    That's who I recall.  Now, I'll say that
21 there may have been a couple of other companies very
22 early on that were found to be not compliant with the
23 state in terms of licensing.  And so there was a
24 merger and some companies decided to fold the tent,
25 but that was very early in the process.  95 percent of

                                                   23

**EXHIBIT N**

1  our interactions with subcontractors during that time
2  period was with those two.
3      Q.    And early in the process, you mean like
4  what years, approximately?
5      A.    2008 to 2009.
6      Q.    Were you personally involved in any of
7  those state investigations?
8      A.    No.
9      Q.    When did you become aware of them?
10     A.    I don't recall specifically.
11     Q.    Did you have any concern about them?
12           MR. KELLY:  About the investigations or the
13  contractors?  You said "them."
14     Q.    Did you have any concern about the
15  Washington state investigation?
16     A.    For -- can you sort of expand on your
17  definition of "concern"?  Concern for and how?
18     Q.    Sure.  When you learned that Washington
19  state was investigating contractors that DirecTV was
20  working with, or planned to work with, were you at all
21  worried that there were some legal issues?
22     A.    I was concerned there were state compliance
23  issues with them, yes.
24     Q.    And did you take any steps to learn more
25  with the contractors about the state compliance

                                                    24

**EXHIBIT N**

issues?

A. No. I informed them that we were aware of them, and that, under the terms of the contract, they're required to be in compliance with all state and federal laws. So it was their issue to deal with.

Q. You mentioned "under the terms of the contract." So, you did have discussions about the contract?

A. I didn't have discussions about the contract. I'm saying that under the terms of the contract, all contractors are required to comply with state and federal laws, and that, based on that, they had to address those issues and become compliant.

Q. Okay. Getting back to this sheet. Can you describe for me what is on here?

A. You would see payouts that would be paid to AIS as a company, and a number of line items, three of which are work order type: install, upgrade, and service, and a dollar value for each one of those, as well as a series of other miscellaneous labor line items that they encounter at times during the course of work.

Q. For example, what's one of those labor line items?

A. Any of them?

EXHIBIT N

1      MR. KELLY:  I think she said -- she was

2   just asking you to pick one.

3      Q.    Yeah.  Give me an example of one.

4      A.    So, Ka/Ku labor.

5      Q.    What does Ka/Ku stand for?

6      A.    "Ka" and "Ku" are two bands of satellite

7   broadcast technology.  So it's not an acronym.  But

8   it's the -- the Ka/Ku is known as our high definition

9   satellite dish.

10     Q.    So, this Ka/Ku labor listed at $22, can you

11  give me more detail about what that is or what that

12  indicates?

13     A.    That they have installed a Ka/Ku system.

14     Q.    And so just above that, under "Truck Roll"

15  "Install" is listed.  So if they had installed a Ka/Ku

16  system, would there be both the $22 and a $65 --

17     A.    If there were two line items on the work

18  order that called for both of those, yes.

19     Q.    Who set these rates?

20     A.    I don't know.

21     Q.    Do you have any possible idea?

22     A.    No.  I was not involved, in any way, in the

23  discussion with the creation of the rates.

24     Q.    Are you aware of a department or a person

25  who takes care of those -- of these things, of rate

                                                        26

**EXHIBIT N**

```
 1  setting?
 2      A.    I'm aware -- I mean, the finance team, I
 3  would imagine, but I would not know with any certainty
 4  who created this specifically.
 5      Q.    Where is your finance team located?
 6      A.    Denver, Colorado.
 7      Q.    And do you know how many people are on the
 8  team?
 9      A.    Not exactly.  Not really.  I be wouldn't be
10  able to estimate probably very accurately.
11      Q.    Can you name a single person who is on the
12  team currently?
13      A.    Steven Tucker.
14      Q.    And has he been on the team for some time?
15      A.    No.  He's relatively new.
16      Q.    When would you say he joined,
17  approximately?
18      A.    I would say probably five months ago
19  perhaps.
20      Q.    So during the period 2009 to 2011, are you
21  aware of any person on the finance team who might have
22  been involved in setting these rates?
23      A.    Without knowing specifically that they've
24  participated in it, I would not know.
25      Q.    Can you name any person who was on the
```

27

**EXHIBIT N**

1    finance team in -- between 2009 and 2011?

2         A.    Ed Balcerzak.

3         Q.    Anyone else?

4         A.    Trevor Steinmark.  That's really all I

5    can...

6         Q.    That's all --

7         A.    All I can recall, right.

8         Q.    So does DirecTV change the amounts paid to

9    subcontractors depending on the services provided?

10             MR. KELLY:  Vague and ambiguous.  Are you

11   asking do they pay different rates for different

12   services or do the rate themselves change?

13             MS. DOHERTY:  I'll rephrase the question.

14   It wasn't a great question.

15        Q.    The rates here are the rates that DirecTV

16   had provided to AIS.  Did DirecTV provide different

17   rates to the other contractor you mentioned?

18        A.    I don't recall.

19        Q.    Did DirecTV have rates that were different

20   for its in-house installers?

21             MR. KELLY:  It doesn't make sense.  You

22   haven't established that they had rates for a W-2.

23        Q.    How does DirecTV pay its in-house

24   installers?  On a salary basis?

25        A.    They're paid on a piece rate basis.

28

**EXHIBIT N**

1     Q.    On a piece rate basis.  And this rate

2  scale, as I understand it, indicates the piece rate

3  basis also?

4          MR. KELLY:  Vague and ambiguous.

5     Q.    Is that true?

6          MR. KELLY:  Vague and ambiguous.  You're

7  using the term "piece rates" synonymously with respect

8  to how an entity pays its techs as opposed to how an

9  entity pays a contractor.  I just want counsel to be

10 clear on it.

11    Q.    Do you understand my question?

12    A.    Could you repeat, please.

13    Q.    Does DirecTV pay a different piece rate to

14 its in-house installers than what it paid to AIS

15 installers?

16         MR. KELLY:  Assumes a fact not assented to

17 by the witness.  DTV never paid AIS's techs.

18    Q.    Do you understand my question?

19         MR. KELLY:  It's argumentative.  It assumes

20 a fact he hasn't assented to.  That's the objection.

21 If you're referring to the rates that are set in

22 Exhibit 1, I have no problem with the question.

23    Q.    If you understand my question, you can

24 answer it.

25    A.    I do not know the differentiation between

                                                    29

**EXHIBIT N**

the two, between this specific rate part and our

specific rates.  I just don't know them.

    Q.    Are there different piece rates for
in-house installers?

    A.    Without knowing -- without having that
document in front of me, I don't know.

    Q.    Does DirecTV have any information on how
much time it should take an installer to complete one
of these tasks?

    A.    We have assigned durations to jobs that are
estimated times to complete.

    Q.    And who sets those?

    A.    I'm not sure who sets them as a specific
person.  I'm trying to think what group would do it,
but in our field service group in Denver there's a
group that focuses on it.  I don't know who is in that
specific group.

    Q.    Do you know if consideration is given to
whether the rates paid per task comply with minimum
wage requirements?

    A.    The --

         MR. KELLY:  Wait a minute.  Can you just
read the question back.

         (Record read as requested.)

         MR. KELLY:  Can you just step out for a

EXHIBIT N

```
 1  quick second.

 2          MR. LAKE:  Let's go off the record.

 3          (Discussion off the record.)

 4          MS. DOHERTY:  I'll ask the court reporter

 5  to read the question back again.

 6          (Record read as requested.)

 7          THE WITNESS:  On this card here

 8  (indicating)?

 9          MR. KELLY:  I think that's what she's

10  referring to.

11          THE WITNESS:  She's referring to this

12  (indicating).

13      Q.    Well, let's start with this.

14      A.    I don't know the answer to the question

15  because I have not been involved in the setting of

16  these rates.  And I wouldn't want to speculate.  I

17  apologize, but I just wouldn't want to speculate.

18      Q.    And you also weren't involved in the

19  setting of time estimates you mentioned previously?

20      A.    That's correct.  That's correct.

21      Q.    And you don't recall who was involved in

22  that?

23          MR. KELLY:  He mentioned something about

24  field services.

25      Q.    Do you recall any people who were involved
```

31

**EXHIBIT N**

1  in setting time estimates for tasks?

2     A.    Specifically involved in that project, no.

3     Q.    Was it someone who reports to you?

4     A.    No.

5     Q.    Was it someone located in Colorado?

6     A.    Probably.  The group is located in

7  Colorado.

8     Q.    So when you were regional director of

9  operation in Washington, or overseeing the operations

10  here, what was your day to day like?

11     A.    So, my schedule, so to speak, or a day in

12  the life of for me would usually involve travel.

13  Usually on the road anywhere from two to four days out

14  of the week.  Usually visiting a field office.

15  Meeting with my internal site managers, their field

16  supervisors, their trainers, their warehouse people.

17  Their quality assurance technicians.  Looking at

18  their, you know, their performance.  Looking at their

19  leadership styles.  Looking at the construct of their

20  coaching sessions with their employees.  I spend a

21  good bit of time with leadership development with the

22  front line leaders, for sure, and various other topics

23  as needed.

24     Q.    So, with respect to AIS, how often did you

25  visit their sites in Washington state?

                                                    32

**EXHIBIT N**

1    A.    I don't recall -- I don't recall ever being

2  there, but if I was it might have been one time, and

3  I'm trying to recall specifically.  But extremely

4  infrequent to almost never.

5    Q.    Were there people working for you, or under

6  you at DirecTV, who would visit those AIS field

7  offices more frequently?

8    A.    Yes.

9    Q.    And who were those people?

10    A.    Traditionally it would be our field -- our

11  tech supervisors in the field that would visit their

12  facility for purposes of inventory control.  It's

13  usually on a monthly basis.  Those visits are

14  documented by inventory manifests.  They would also

15  occasionally come by and provide information on new

16  proprietary technological information or new products

17  that were coming up.  But that was the extent of their

18  personal interaction there.

19    Q.    You mentioned the monthly visits were

20  documented by inventory manifests.  What are inventory

21  manifests?

22    A.    It's just a list of what is on an

23  individual's truck or in the warehouse, and they're

24  counting to verify.  We're looking to make sure that

25  the work orders that have been consumed have the right

33

```
 1   inventory.  And so that the customers have the right
 2   inventory and we can obviously work through any
 3   accounting issues that go along with that.
 4        Q.   Can you recall the names of any tech
 5   supervisors who were under you in Washington?
 6             MR. KELLY:  In this 2009 or 2011 time
 7   frame?
 8             MS. DOHERTY:  2009 to 2011 period.
 9        A.   Bronsom Bloom.  Spencer Dennis.  I might
10   miss with the time frame a little bit, so pardon me if
11   it's outside that 12 --
12             THE WITNESS:  Ending in 2011, correct?
13             MR. KELLY:  That's her frame of reference.
14        A.   I'm thinking more recent, and I'm stepping
15   back.
16        Q.   If you can recall more recent names that's
17   fine, too.  People in Washington state.
18        A.   Sure.  Joshua Dart.
19        Q.   D-A-R-T?
20        A.   Yes, ma'am.  Tony Monisse.  L. J. Rowe.
21   Derek Warner.  Jessie Heck.
22        Q.   How often did you interact with these tech
23   supervisors?
24        A.   On a regular basis.
25        Q.   And by "regular" you mean?
```

34

**EXHIBIT N**

1    A.    Any time I would visit a field office I

2    would interact with them.  Usually meet with them,

3    either on an individual basis or as a group.

4    Q.    And what would you discuss with them with

5    respect to AIS?

6    A.    As a group I wouldn't speak to them about

7    AIS.  Those meetings are set with the intention of

8    understanding where our internal operation is and how

9    we're doing.  It's usually surrounded around how --

10   the performance of our W-2 employees and the

11   leadership practices that they're taking to provide

12   better leadership for those employees.  So, extremely

13   little discussion with the supervisors about AIS.

14   Q.    And by "employees" who are you referring

15   to?

16   A.    Our internal tech supervisors and site

17   managers, in the context of this question.

18   Q.    And so when you were talking with some of

19   these tech supervisors you previously identified, and

20   discussing with them employees, who were you referring

21   to by saying "employees"?

22   A.    Our W-2 technicians.  DirecTV's in-house

23   technicians.

24   Q.    When these site managers or tech

25   supervisors -- are those used interchangeably?

                                                    35

**EXHIBIT N**

```
 1        A.     No.  They're not the same person.

 2        Q.     Oh, they're not?

 3        A.     No.

 4        Q.     So who are the --

 5        A.     So in an org chart I'm the director, but

 6   below me is direct reports or site managers, right, to

 7   run the facility itself.  Below them are the tech

 8   supervisors who are responsible for a certain

 9   percentage of the office's tech team.  So it's usually

10   split evenly among the number of supervisors.

11        Q.     And the site managers, are you referring to

12   DirecTV sites?  What are the sites you're referring

13   to?

14        A.     The physical field location where -- the

15   offices of the field location for that given -- what

16   we call a DMA or designated market area.

17        Q.     And what happens at those field locations?

18        A.     Well, it's the general support location

19   for, you know, that group of people.  There's a

20   warehouse.  There's training facilities.  There's, you

21   know, vehicles there that are either in the course of

22   being repaired, whatever, but typically it is a place

23   where the management reports to work and where techs

24   pick up inventory before going out.

25        Q.     And were there two of those locations --
```

**EXHIBIT N**

```
 1      A.    In the Seattle market, yes, there was.

 2            MR. KELLY:  Let her get her question out.

 3            THE WITNESS:  Sorry, I apologize.

 4      Q.    Two locations in Seattle?

 5      A.    One location in Lynnwood, one location in

 6 Lacey, which is more closer to Olympia.  And I should

 7 clarify that the Lacey office also had another

 8 facility in that time frame in the Tumwater area.  So

 9 it's the same people, it's the same operational group.

10 They just moved to a different building.  I don't

11 recall when they moved but --

12            MS. DOHERTY:  I think we'll take a break

13 right now.  Take a 10-minute break and regroup.

14            (Off the record from 9:50 to 10:07 a.m.)

15            MS. DOHERTY:  We're back on the record.

16      Q.    Going back to something you mentioned

17 earlier about meeting with AIS front line people.  Who

18 were you referring to?

19      A.    Ray.

20      Q.    Ray Martinez?

21      A.    Right.

22      Q.    Anyone else?

23      A.    He may have had one of his leadership

24 supervisors with him.  I don't recall their names.

25      Q.    And you also mentioned earlier, forecasts,
```

1   forecasting work, I think, with respect to seasonal

2   needs.  Can you elaborate a little on that?

3        A.    Well, I don't personally do the

4   forecasting.  I don't know who personally does it, but

5   they project how many work orders that we are going to

6   need to fulfill through the course of the year.

7        Q.    Do you have any idea what division of

8   DirecTV does forecasting?

9        A.    No.

10       Q.    During, let's say, a busy season in

11  Washington state -- and I'm talking about the whole

12  period of time that you were overseeing work in

13  Washington state, not just the '09 to '11 period.

14  During the busy season what percentage of cable

15  installation work was being done by AIS?

16       A.    It would vary.

17            MR. KELLY:  Technical objection.  It's not

18  cable installation.  It's satellite TV, but you can

19  answer.

20       A.    It would vary.  Based on their staffing

21  levels, based on, you know, whether or not they had

22  hit their own personal forecast.  So I would have to

23  estimate that it's relatively low.  I would say

24  between nine and 10 percent.  Eight to 10 percent.

25       Q.    And during a less busy period what would

                                                        38

**EXHIBIT N**

```
 1   your estimate be as to how much of a percentage of

 2   work?

 3        A.    Probably a percentage point or two

 4   decrease.

 5        Q.    These seem like pretty low percentages.

 6   Why wouldn't DirecTV have its own installers handle

 7   this work?

 8              MR. KELLY:  Objection.  It's argumentative.

 9   Do not answer.  You can rephrase.

10              MS. DOHERTY:  You can simply state your

11   objections.  That's all.

12              MR. KELLY:  I did, I did.  You can answer.

13        Q.    Did you understand my question?

14        A.    Go ahead and ask it again.

15              MS. DOHERTY:  Could you please read the

16   question.

17              MR. KELLY:  Why wouldn't DTV have its own

18   people --

19              MS. DOHERTY:  The reporter will read the

20   question.

21              (Record read as requested.)

22              MR. KELLY:  Objection.  Question is

23   argumentative as phrased.

24        A.    We have a set amount of work.  Now and

25   again that number could fluctuate by a percentage
```

**EXHIBIT N**

```
 1  point or two.  We have a specific amount of percentage

 2  of our work that we want to be in house.  And we think

 3  contractor relationships are beneficial.  So, taking

 4  100 percent of all work in the market is an expensive

 5  proposition for us.

 6       Q.    Is it cheaper for DirecTV to use

 7  contractors such as AIS?

 8       A.    It is.

 9       Q.    Why doesn't DirecTV use more of them?  You

10  can answer the question.

11       A.    In Seattle specifically during this time

12  period?

13       Q.    In Washington, yeah.

14       A.    We've struggled, over the course of the

15  years, to find contractors that would take the

16  responsibility associated with being a contractor in

17  Washington.  It's quite difficult.  It's also a very

18  difficult market to do the work.

19       Q.    When you say it's difficult can you

20  elaborate?

21       A.    Sure.  In order for us to successfully

22  complete an install you have to have line of sight to

23  our satellites.  Every -- wherever you go there's a

24  fixed position that you have to adjust that to.

25  Seattle has one of the most difficult angles to be
```

**GRADILLAS COURT REPORTERS**
(310) 859-6677

**EXHIBIT N**

```
 1  able to see it, first of all.  It's a very, very
 2  narrow angle.
 3           It's also very difficult when you add that
 4  plus forest coverage, which obviously gets in the way
 5  a lot.  Very difficult when -- and if you're working
 6  in multi-dwelling units or apartments because
 7  someone's sight can't see it, right, and the more of
 8  those you have the more difficult it is.  So it's
 9  quite a challenge in this part of the country.
10      Q.   Aside from AIS, you mentioned another
11  contractor whose name you couldn't recall, the only
12  other contractor DirecTV worked with in this area.
13  What percentage of the work, approximately, would you
14  say they took care of?
15      A.   Small percentage.  Maybe five percentage of
16  the work in Lacey, give or take.
17      Q.   Has DirecTV considered hiring more
18  installers for this area?
19           MR. KELLY:  It's beyond the scope.
20  Involves companies --
21           MS. DOHERTY:  You can state your objection.
22           MR. KELLY:  It's proprietary information.
23  Instruct the witness not to answer what their business
24  plans are.
25      Q.   Are you taking your attorney's instruction
```

41

**EXHIBIT N**

1 not to answer?

2     A.    Yes.

3     Q.    From a business perspective, do you think

4 it would benefit DirecTV to hire more installers?

5         MR. KELLY:  Objection.  Calls for

6 speculation.  Outside the scope.  His opinion is

7 irrelevant to any issue in the case.

8     Q.    You can answer the question.

9         MR. KELLY:  Instruct the witness not to

10 answer.

11     Q.    Are you taking your attorney's instruction

12 not to answer?

13     A.    Yes.

14     Q.    When you talk about struggling to find

15 contractors in this area, can you describe what you

16 mean by that?

17     A.    There hasn't been an extensive amount of

18 interest.

19     Q.    Did you personally look into finding more

20 contractors in this area?

21     A.    Yes.

22     Q.    And what did that process involve?

23     A.    Speaking with people that had the potential

24 to become -- to relocate their business or open their

25 business here.  After learning all the variables

42

**EXHIBIT N**

1   involved, they opted to not come work here

2       Q.      And have you spoken to individuals who are

3   subcontractors with DirecTV in this area?

4               MR. KELLY:  I'm not clear.  Are you talking

5   about owners of a company such as AIS or techs when

6   you say people?

7       Q.      Do you understand my question?

8       A.      No.

9       Q.      Have you spoken to individual non-AIS

10  contractors in this area about doing installation

11  work?

12      A.      And the time frame?

13      Q.      The whole time that you oversaw Washington

14  operations.

15      A.      I spoke to companies that were interested

16  in potentially coming to this area, but none of those

17  discussions ever resulted in us getting additional

18  contractors here.

19      Q.      And why was that?

20      A.      I can't tell you.  I don't know.

21      Q.      Do you have any idea why?

22      A.      I don't know why they decided not to

23  participate here.

24      Q.      Did they give you any indication of why

25  they weren't interested in working with DirecTV?

                                                            43

1     A.     No.

2     Q.     Let's talk about the AIS installers.  Can

3  you tell me, what kind of training did AIS installers

4  receive from DirecTV?

5     A.     We don't train AIS's installers.  AIS

6  trains their installers.

7     Q.     Does DirecTV provide any materials to AIS

8  for training purposes?

9     A.     Materials are available to subcontractor

10  principals that can then use those materials to teach

11  their employees.

12     Q.     What kind of materials?

13     A.     Materials associated with the proprietary

14  technology that they'll be installing.

15     Q.     Can you describe these materials; for

16  example, written materials, videos, other?

17     A.     There are written materials.  There are

18  videos.

19     Q.     Anything else?

20     A.     No, not that I know of.

21     Q.     Are there DirecTV personnel who are

22  available to train AIS or other installers?

23     A.     We don't train AIS's techs.

24     Q.     Are you familiar with the materials that

25  you mentioned, the video and written materials?

                                                    44

1     A.    There's a lot of materials, but I know

2 generally.  I'm generally familiar.

3     Q.    Were these materials provided to AIS?

4     A.    They were available to AIS.  Whether they

5 went and got them I don't know the answer to that.

6     Q.    The supervisors, the tech supervisors you

7 mentioned before, the DirecTV tech supervisors, how

8 often would they go on site to AIS, approximately?

9     A.    I mentioned previously that the nature of

10 their visit is usually on a monthly basis for

11 inventory control purposes and, on occasion, give

12 updates.  Provide updates on new proprietary

13 technology that we offer.  So, very infrequent.

14     Q.    Do you know if these site supervisors

15 attended training sessions at AIS?

16     A.    I do not.

17     Q.    Do you know if these site supervisors ever

18 rode along with AIS technicians?

19          MR. KELLY:  Objection.  In your last two

20 questions, counsel, I think you were talking about

21 field supes, and then you started talking about site

22 supervisors.  Can we just make sure we're using the

23 terms synonymously?  I don't think we are.  You've

24 talked about both titles today.

25     Q.    So I understand there are site managers and

45

**EXHIBIT N**

1 there are tech supervisors.
2        MR. KELLY:  Those are the terms you've
3 used.
4        MS. DOHERTY:  Those are the terms provided
5 to me by the deponent.
6    Q.   Now, your counsel has just mentioned field
7 supervisors.  Are field supervisors different from
8 site managers or tech supervisors?
9    A.   They're different from site managers.  So,
10 again, hierarchy would be, say from an org chart,
11 myself, site manager, tech supervisor.
12    Q.   Is a field supervisor anonymous with a tech
13 supervisor?
14    A.   It is.
15        MR. KELLY:  Thank you.
16    Q.   You mentioned Joshua Dart.  And Joshua Dart
17 was a tech or field supervisor?
18    A.   Yes.
19    Q.   So, for example, Joshua Dart, would he ever
20 sit in on training -- sorry.  I think we were talking
21 about ride-alongs.  Would he ever ride along with an
22 AIS cable installer?
23    A.   No.
24    Q.   Would other field supervisors ride along
25 with installers?

46

**EXHIBIT N**

```
 1       A.    That is not their instruction.

 2       Q.    Would they ride along with installers?

 3       A.    No.  To my knowledge, no.

 4       Q.    Were they forbidden from riding along with

 5  installers?

 6       A.    Yes.  With AIS installers.

 7             MR. KELLY:  I think that's -- all questions

 8  related to AIS?

 9             MS. DOHERTY:  Right.

10             MR. KELLY:  Thank you.

11       A.    With AIS, yes.

12       Q.    So, would field supervisors ride along with

13  DirecTV installers?

14       A.    Yes.

15       Q.    And why would they?

16       A.    For the purpose of mentorship, reviewing

17  their work, giving them opportunities for improvement.

18  Complimenting them when they see something done well.

19  Having a better relationship between them and their

20  subordinates.

21       Q.    When AIS installers were doing an

22  installation, were they required to contact DirecTV

23  field supervisors?

24       A.    No.

25       Q.    Who were they required to contact?
```

47

**EXHIBIT N**

1        A.      So for what purpose?

2        Q.      When direct -- sorry.  When AIS installers

3   were in the field, were they required to contact any

4   DirecTV personnel?

5        A.      In specific circumstances, yes.

6        Q.      What are those specific circumstances?

7        A.      Okay.  So if there's a work order that is

8   incorrect -- for example, the work order that they

9   have doesn't match what the customer ordered -- they

10  would be required to contact the group that would then

11  modify that work order so that they could complete the

12  job.

13       Q.      Were there other specific circumstances?

14       A.      If they were unable to activate a work

15  order through traditional methods, through the box

16  itself, there's a group that they could call to do

17  that.  So it's -- the only support they would receive

18  is administrative support.

19       Q.      Were there other specific circumstances?

20       A.      Without knowing specifically about the

21  situation, I wouldn't know how to answer.

22       Q.      Let's say an AIS installer goes to a site.

23  When they arrive on site, are they required to contact

24  DirecTV?

25       A.      To -- in order to -- they traditionally

                                                            48

**EXHIBIT N**

```
 1  contact an organization that says, yes, I'm here,
 2  click.  The work order is complete.  Yes, it's
 3  complete.  I'm going to the next one.  Right.
 4       Q.    You mentioned an organization.
 5       A.    Uh-huh.
 6       Q.    What do you mean by that?
 7       A.    A group within DirecTV.
 8       Q.    So upon arrival on site they contact a
 9  group within DirecTV; correct?
10       A.    They could either contact their supervisor
11  or they can contact the number directly.
12       Q.    When you say "their supervisor" --
13       A.    Their supervisor for AIS.
14       Q.    You're talking about an AIS supervisor
15  separate from a DirecTV field supervisor?
16       A.    I'm confused.  Are you talking about a
17  DirecTV supervisor -- or technician or an AIS
18  technician?
19       Q.    I'm talking about AIS technicians at this
20  point.  So when an AIS technician arrives on site,
21  they either contact a group within DirecTV or a field
22  supervisor?
23            MR. KELLY:  Mischaracterizes testimony.
24  You can clarify it because we're using the term "field
25  supervisor".
```

49

**EXHIBIT N**

1      MS. DOHERTY:  Your objection is noted.  Can

2  we go back, please, to where Mr. King was responding

3  and referencing "field supervisor."  Contacting a

4  field supervisor."  Could you please read that.

5          (Record read as requested.)

6      Q.    So talking about AIS installers arriving on

7  site -- and I'm only talking about AIS installers at

8  this point.  When they arrive on site you said they

9  can either contact their group -- a group at DirecTV

10  or a field supervisor.  And when you say "field

11  supervisor," are you referring to a DirecTV field

12  supervisor --

13      A.    No.

14          MR. KELLY:  Let her get the question out

15  and then you can answer.

16      Q.    -- or an AIS field supervisor?

17      A.    AIS supervisor.  My apologies.

18      Q.    So when AIS installers arrive on site, they

19  have an option of whom to contact.  They're not

20  required to contact DirecTV.

21      A.    I don't know how to answer that question

22  because I don't know what specific instructions

23  they've been given.  So, they're required to let us

24  know when they're on the job, and they're required to

25  contact us if they had a work order issue that they

                                                    50

**EXHIBIT N**

1  can't resolve themselves.

2      Q.    Are they required to let you know when they

3  finish the job?

4      A.    Yes.

5      Q.    I understand DirecTV maintains a database

6  of AIS installers?

7      A.    Uh-huh.

8      Q.    What's in that database?

9      A.    There will be a tech number assignment per

10 technician that has a skill set, the days that they're

11 working, and the start location geographically where

12 they will be working.

13     Q.    Who maintains this database of AIS

14 installers?

15     A.    I don't know.

16     Q.    Who inputs the information?

17     A.    I don't know.

18     Q.    The geographic information that's in there,

19 is that maintained on a daily basis?

20     A.    I don't know when -- how often it's

21 maintained.

22     Q.    And every day DirecTV sends work orders to

23 AIS?

24     A.    Every day DirecTV sends volume work orders

25 to AIS.

51

**EXHIBIT N**

1      Q.    And what do you mean by "volume work

2    orders"?

3      A.    A group of work orders.  We do not send

4    individual work orders.  They'll send them a group of

5    work orders that they have full discretion to be able

6    to make scrambled eggs of whenever they get them.

7      Q.    And are these work orders assigned to

8    individual technicians when they leave DirecTV and go

9    to AIS?

10     A.    No.

11     Q.    Are the orders associated with individual

12   technicians?

13     A.    Can you give me a little bit more color on

14   what you mean there?

15     Q.    Well, what does a work order look like or

16   what does a work order involve?

17     A.    Has customer name, customer address, the

18   equipment needed to be installed.  It does have a tech

19   number in the corner.

20     Q.    And a tech number is what?

21     A.    A tech number is the number that is

22   relating to a technician.

23     Q.    An AIS technician?

24     A.    In the database, yes.

25     Q.    And who assigns those tech numbers to work

                                                          52

orders?

A. The system assigns the work to ensure that we don't over book our customer base for the day. So the only purpose that would serve would be to make sure that there is a known technician working that day in the system, and that -- so that the number of work orders booked for the day doesn't exceed the number of technicians we have working, right. So that, however, is irrelevant. When that is sent to AIS, AIS has full and complete discretion to, like I said, make scrambled eggs of those routes. And they do.

Q. So a machine assigns the tech numbers, not a person, to the work orders?

A. A machine includes -- yes, as a part of the work order process, the machine assigns it.

Q. So it sounds like DirecTV maintains information about the days that AIS installers work?

A. Those days are provided to us by AIS.

Q. And are those days subject to change?

A. Yes.

Q. And how often did AIS, or does AIS, contact DirecTV with changes?

A. I have no idea.

Q. Who would know that?

A. I don't know.

53

**EXHIBIT N**

1      Q.     Does DirecTV require AIS technicians to be
2  available to work on certain days?
3      A.     We require AIS to be able to handle a
4  certain amount of volume.  How they set up their own
5  operation is entirely up to them.
6      Q.     And are DirecTV's requirements specific to
7  days?
8      A.     Not specifically to days, but specifically
9  to work order volume per day.
10     Q.     Are there some days that are busier than
11 others?
12     A.     Yes.
13     Q.     What are those days?
14     A.     Saturdays usually are busier days than a
15 Tuesday, but it can vary.
16     Q.     And what happens if an AIS installer, for
17 some reason, becomes unavailable to work on a given
18 day?
19     A.     If an AIS installer, say, calls in sick?
20     Q.     For example.
21     A.     I have no knowledge.  That's not something
22 I see.  It's managed entirely by AIS's leadership.
23     Q.     Is there a contact at DTV who works with
24 AIS's leadership on those sorts of issues, staffing
25 issues?

**GRADILLAS COURT REPORTERS**
(310) 859-6677

**EXHIBIT N**

1      A.    That works with AIS's leadership?

2      Q.    Yes.

3      A.    No.  You mean from -- excuse me.  Can you

4  just rephrase the question?

5      Q.    So if an AIS installer becomes unavailable

6  on a given date after a work order has gone out, say,

7  what happens from the DirecTV side?

8      A.    Nothing happens from the DirecTV side.

9  They still own the work order and they still own the

10  responsibility to complete it.

11      Q.    "They," AIS?

12      A.    AIS, yes.

13      Q.    Can you recall any incidents where there

14  was an issue of staffing that AIS did not resolve?

15      A.    Could you give me a little bit more color

16  there, please.

17      Q.    Yeah.  Let's say the AIS installer suddenly

18  can't complete the work order for that day, and AIS

19  somehow couldn't find another installer to complete it

20  and brought it to DirecTV's attention.  Did DirecTV or

21  does -- what would DirecTV do in that instance?

22      A.    In that situation there would either be a

23  few things that would happen.  A customer would be

24  either rescheduled or they would -- either that or

25  cancel their service.  Or, if they had a problem with

                                                      55

EXHIBIT N

being able to complete it, if we had people available,
they may give it back to us.  But that rarely -- it
never happens.

Q.    Have you ever gone out in the field with an
installer?

A.    A DirecTV installer?

Q.    A DirecTV installer.

A.    Yes.

MR. KELLY:  Are you asking DTV or now AIS?

MS. DOHERTY:  We just clarified DirecTV
installer.

MR. KELLY:  Thank you.

Q.    Have you ever gone out in the field with an
AIS installer?

A.    No.

Q.    So when you went out in the field with the
DirecTV installer tell me what happened.  Describe
your experience.

A.    You arrive at the customer's home.  We
knock on the door.  We introduce ourselves.  Identify
ourselves as a DirecTV.  We review their work order.
We explain to them that we're going to be doing a
survey around the home to make sure that everything is
safe to be completed.  We'll come back to them.  Tell
them that we're ready to begin the installation.  Do

56

the install.  Provide customer education.  Answer any
questions they may have.  Go to the next one.

Q.    And at any point do you recall contacting a
DirecTV office, a remote office?

A.    Contacting a remote office?

Q.    Yeah.  Like we discussed with the AIS
installers, when they arrived on site they would call
a group at DirecTV.  Do you recall doing that with
your DirecTV installer?

A.    I do.

Q.    When was that done?

A.    At the beginning of the job and at the end
of the job.

Q.    And then during the job did you make any
contact with DirecTV?

A.    If necessary.

Q.    The field supervisors we discussed earlier,
Josh, Bronson, Spencer, et cetera, tell me more about
their day-to-day activities.

A.    They are in the office usually pretty
early.  They're usually having meetings with their
tech teams in the morning, talking about various
issues.  Helping them load their trucks.  Helping them
get ready for the day.  They'll send their techs --
once their team is out, they'll then handle probably

                                                          57

**EXHIBIT N**

1  some small administrative responsibilities, e-mail,

2  what have you, and then go to the field for scheduled

3  field visits with their individual teams.  Help them

4  along the way.  Help them with their job.  And, you

5  know, basically provide field support for their guys.

6       Q.    And then when you talk about their teams,

7  are you specifically referring to DirecTV installers?

8       A.    I am.

9       Q.    How often would these field supers deal

10  with AIS installers?

11       A.    Never.

12       Q.    So, for example, Spencer Dennis would

13  provide no oversight to AIS installers?

14       A.    No.

15       Q.    And would have no reason to contact AIS

16  installers?

17       A.    No.

18       Q.    Did you have specific field supervisors

19  overseeing AIS installers?

20       A.    No.

21       Q.    Why not?

22       A.    Because they're not employees.

23       Q.    So, what about quality control issues?  Did

24  you have concerns about the quality of work that AIS

25  installers were doing?

58

**EXHIBIT N**

1     A.     Yes.

2     Q.     So what did you do about those concerns?

3     A.     We have quality control technicians that

4  visit our internal technicians and external

5  technicians.

6     Q.     So quality control technicians?

7     A.     Uh-huh.

8     Q.     Can you name a few of those quality control

9  technicians?

10    A.     I would not remember them.  I don't think

11 we even have them any more, but I don't recall.

12    Q.     So the only DirecTV personnel that AIS

13 installers would be communicating with day to day

14 would be quality control technicians?

15    A.     They would not communicate with them.

16    Q.     AIS installers would not communicate with

17 quality control technicians?

18    A.     Correct.

19    Q.     What was the purpose of --

20    A.     Quality control would come in after the

21 work order was completed, review the quality, whether

22 or not it meets standards, fill out a form and bring

23 it back.

24    Q.     So when AIS installers were out in the

25 field doing work, at no time were they supervised by

                                                      59

EXHIBIT N

1    DirecTV personnel?

2         A.    At no time were they supervised by DirecTV

3    personnel, that's correct.

4         Q.    And were any of the AIS installers

5    instructed to contact DirecTV field supervisors?

6              MR. KELLY:  I'm sorry.  Read the question

7    back, please.

8              (Record read as requested.)

9              MR. KELLY:  You can answer.

10        A.    No.

11        Q.    As far as you know, did AIS installers have

12   contact information for any DirecTV personnel?

13        A.    I don't know the answer to that.

14        Q.    What other methods of quality control did

15   DirecTV use to ensure that AIS installers were doing a

16   certain level of work?

17        A.    Other than the ones I've already

18   referenced?

19        Q.    Yes.  The quality control technicians you

20   referenced.  Anything else?

21        A.    No.

22        Q.    Were DirecTV customers ever provided with

23   surveys?

24        A.    With quality control?

25        Q.    Surveys related to quality control.

                                                          60

1      A.    To my knowledge, no.

2      Q.    Were DirecTV customers provided with any

3 kind of survey by DirecTV?

4      A.    With associate -- okay.  So, unrelated to a

5 physical inspection of their system at home; correct?

6           MR. KELLY:  She's asking about a survey.

7      Q.    I'm asking if customers who had equipment

8 installed by an AIS installer, if those customers ever

9 received surveys?

10     A.    They do.

11     Q.    And tell me more about those surveys.  How

12 do they get them?

13     A.    There are phone surveys that calls and asks

14 them a series of questions as to how they would rate,

15 on a scale of 1 to 10, on the set of questions.

16     Q.    And where is that information maintained?

17     A.    I don't know where it's maintained today.

18     Q.    Did you know at any time where it was

19 maintained?

20     A.    I don't know where it's maintained inside

21 the company.  We have it, obviously.  I don't know who

22 maintains it or where it's maintained.

23     Q.    Have you ever seen results from those phone

24 surveys?

25     A.    I have.

**EXHIBIT N**

1     Q.    And what do those results look like?

2     A.    Results for AIS specifically?

3     Q.    Yes.

4     A.    I don't know.  I haven't seen their results

5  in years.

6     Q.    So at some point you saw results for AIS

7  installers' work?

8     A.    I have no recollection of their results.

9     Q.    Are phone surveys done for DirecTV in-house

10 installers?

11    A.    Yes.

12    Q.    Are they the same phone surveys as are done

13 for AIS installers?

14    A.    Yes.

15    Q.    And have you seen the results of those

16 surveys?

17    A.    Yes.

18    Q.    In general, do the results of the AIS

19 installer surveys and the results of the DirecTV

20 installer surveys, were they similar or different?

21    A.    Honestly, in the time frame we're

22 discussing, I can't even recall the variation between

23 the two.

24    Q.    I'm talking now about the whole time that

25 you supervised in Washington.  Not just a limited

                                                    62

**EXHIBIT N**

1  period.

2      A.    Right.

3      Q.    You don't recall any differences?

4      A.    Well, when you're looking at such a broad

5  period of time, you know, I mean, I would have no

6  recollection of whether they were high or whether they

7  were lower, whether they were significantly lower.  I

8  typically spent my time looking at the totals and not

9  looking at the breakouts.  So I wouldn't know.

10      Q.    Do you have any recollection of differences

11  in performance between in-house installers and AIS

12  installers?

13      MR. KELLY:  Vague and ambiguous as to

14  "differences in performance."

15      Q.    You can answer the question.

16      A.    I don't know of any glaring differences.

17      Q.    Any minute differences?

18      A.    I don't know what the differences were.  I

19  don't recall what the differences were.

20      Q.    Would you say that the performance

21  standards of AIS installers were about the same as the

22  -- I'm sorry -- the performance of AIS installers was

23  about the same as the performance of DirecTV in-house

24  installers?

25      MR. KELLY:  Vague and ambiguous as to

63

**EXHIBIT N**

```
 1   "performance."
 2             MS. DOHERTY:  No speaking objections.
 3             MR. KELLY:  Sorry?
 4             MS. DOHERTY:  Please refrain from making
 5   speaking objections.
 6             MR. KELLY:  I'm not going to.  I'm going to
 7   state my objection on the record.  Vague and ambiguous
 8   as to "performance standards."  You can answer.
 9        A.    The expectations for results are the same.
10   Every customer should have the same experience.
11   Whether -- where AIS was in relation to my in-house
12   team at that time I can't recall.
13        Q.    Did DirecTV provide performance standards
14   to AIS?
15        A.    Can you elaborate on the definition of
16   "performance standards"?
17        Q.    Did DirecTV provide requirements as to the
18   level of performance it expected AIS contractors to
19   meet?
20        A.    In accordance with the contract, yes.
21        Q.    Can you tell me more about those standards?
22        A.    They're in the back side of the contract.
23   I think they're on pages 35 through 37, but they're --
24   there were numerous performance or compliance criteria
25   that AIS agreed to when they signed the contract with
```

64

1  DirecTV.

2         MS. DOHERTY:  Let's take a look at the

3  contract.  We'll mark it for identification.  This

4  actually has Bates numbers on it already.  By the way,

5  Joel, we appear to be missing page 1 of the contract.

6  So if you could get us out page 1 as soon as possible.

7         MR. KELLY:  Can we just go off the record

8  for a second?

9         (Discussion off the record.)

10        (Marked for identification Exhibit 2.)

11    Q.    Can you please look at page 4, on paragraph

12  F.  This is paragraph 2f, "Policies and Procedures."

13  So, this paragraph references guidelines and policies

14  and procedures, or P&P, furnished a contractor.  Can

15  you tell me more about these policies and procedures?

16        MR. KELLY:  Please read the question back.

17        (Record read as requested.)

18    Q.    Are you familiar with this term "policies

19  and procedures"?

20    A.    I am.  Just making sure I read this.  Okay.

21  So, according to the contract, they've agreed to the

22  policies and procedures that we provide, that we have

23  for our internal employees.  They're vast.  I need to

24  know more specifically which policy you might be

25  interested in discussing because there's a lot of

**EXHIBIT N**

them.

Q.    Do you have a manual of policies and procedures?

A.    That's available to me, I do not have one in hard copy, but they are maintained and updated over time.  And -- yeah, they're updated over time.

Q.    Do these policies and procedures include performance information?

A.    Under a standard P&P -- that's a tough question.  I would have to know more about which specific policy you were discussing before I could answer.

Q.    Do you know if a copy of the policies and procedures were provided to AIS?

A.    I do not.

Q.    If there were customer complaints about AIS technicians' installations, how are they dealt with?

A.    Traditionally the customer will call the organization and create a complaint.  The complaint is then forwarded to a member of my internal team.  They would read the complaint, note that it came from a customer served by AIS.  That individual would send that to the principals of AIS, and from there I have no idea how it's handled.

Q.    How many people are on your internal team?

66

**EXHIBIT N**

1      A.    In the entire group?

2      Q.    You mentioned your internal team.

3      A.    Someone in the respective office -- so if

4  it's a Lynnwood customer, a customer serviced by a

5  Lynnwood AIS technician, right, there's a complaint,

6  that comes back down to the Lynnwood leadership of

7  that group, they forward that to Ray, and Ray would

8  deal with it in any way he saw fit.

9      Q.    And was that typically a one-page document?

10     A.    Traditionally.

11     Q.    And does DirecTV maintain copies of these

12 complaints?

13     A.    I imagine.  I don't know where they're held

14 or who holds them.

15     Q.    Have you ever seen a copy of a customer

16 complaint related to an AIS technician?

17     A.    I don't recall ever seeing one personally.

18     Q.    So once the complaint was sent to the AIS

19 principal, was there any follow-up done by DirecTV?

20     A.    It would be the job of the principal to

21 inform us of the actions with the customer.

22     Q.    Can you recall any instance where AIS

23 principals took action with an installer related to a

24 customer complaint?

25     A.    No.

67

**EXHIBIT N**

1          Q.    Does DirecTV have the power to fire AIS

2    contractors?

3          A.    No.

4          Q.    Did DirecTV ever have that power?

5          A.    No.

6          Q.    So when we talked about the ride alongs,

7    you rode along with DTV in-house installers.  Why

8    didn't you ride along with any AIS installers?

9          A.    Because they were not employees.

10         Q.    Were you at all concerned about the quality

11   of work that they were doing?

12         A.    They have signed a contract with DirecTV

13   for a very specific purpose.  That purpose is to

14   install our proprietary systems and to satisfy the

15   needs of those customers, and their leadership that

16   signs that contract is responsible for upholding those

17   standards noted within the contract.

18         Q.    Were you ever interested in riding along

19   with an AIS installer?

20         A.    No.

21         Q.    Let's turn to page 25.  So, we have one

22   very long paragraph here, paragraph A.  And let's see.

23   In the seventh line down, there's a reference to "SBCA

24   certified installer training."

25         A.    Uh-huh.

                                                      68

**EXHIBIT N**

1      Q.      "Or other DirecTV-approved training
2   program."  Can you tell me more about this SBCA
3   certified installer training?
4      A.      The SBCA training, or certification I would
5   say, rather, is a certification that educates an
6   individual on generalized knowledge about satellite
7   technology in general, nonspecific to DirecTV.  You're
8   talking about industry-wide standards.  So very basic.
9   A very basic understanding.
10      Q.      And did DirecTV require AIS installers to
11   undergo that training?
12      A.      According to the contract the SBCA
13   certification is required.
14      Q.      Have you taken this training?
15      A.      No.
16      Q.      Are you familiar with it?
17      A.      On a personal level, no.
18      Q.      Are you familiar with it on a general
19   level?
20      A.      I would have to say no.
21      Q.      Further down in that paragraph on the 10th
22   line from the bottom, sentence begins, "Contractor
23   shall, throughout the term of the agreement, maintain
24   a minimum one to 20 supervisor-to-technician ratio,
25   including subcontractors."

**EXHIBIT N**

1            Can you tell me more about this ratio?

2       A.      It's a ratio that would be assigned in the

3   hopes that they would have the right amount of support

4   for the people that are actually doing the work.

5       Q.      At any time to your knowledge, did AIS fall

6   out of compliance with this ratio?

7       A.      I do not know.

8       Q.      Why is this ratio important?

9       A.      You'd have to ask the person -- or the

10  contract.  But...

11      Q.      Let's look at page 29, please, Exhibit 3,

12  "Contractor installation and Service

13  Responsibilities."  The first paragraph here

14  references materials, labor and tools and equipment

15  required.  "The contractor shall furnish all necessary

16  materials, labor, tools and equipment."

17            Did DirecTV, at any time, furnish materials

18  or equipment to AIS installers?

19      A.      Tools and equipment, no.

20      Q.      Did DirecTV furnish other goods to AIS

21  installers?

22      A.      DirecTV provides the materials necessary to

23  install the systems in the homes of our customers.

24      Q.      And how does DirecTV provide those?

25      A.      They are ordered through a local warehouse

                                                      70

1 and orders are made by AIS.  They retrieve that, take
2 that to their offices and distribute.
3      Q.    So AIS retrieves materials from DirecTV
4 warehouses?
5      A.    Correct.
6      Q.    Does DirecTV ever deliver materials to AIS?
7      A.    That is -- I don't know in this specific
8 case with AIS.  I don't know about AIS.  I don't know
9 if we ever delivered materials to them, but it's
10 possible.
11      Q.    Let's say, for example, an installer is out
12 in the field installing equipment at someone's home,
13 at a DirecTV customer's home.  What if they run out of
14 something that they need?  What happens then?
15      A.    You're saying if an AIS installer?
16      Q.    Right.
17      A.    First of all, I don't know how they handle
18 it.  If you were asking me how my W-2's would handle
19 it, they would contact another technician or
20 supervisor who would deliver it to them.
21      Q.    So is it your understanding that the AIS
22 technician would contact one of their AIS field
23 supervisors if they had a problem?
24      A.    Yes.  Or the principal, yes.
25      Q.    Ray Martinez?

71

1      A.    Correct.

2      Q.    Are AIS installers ever provided with

3    contact information for DTV supervisors?

4      A.    I'm sorry.  Could you repeat that?

5      Q.    Are AIS installers ever provided with

6    information from DTV?

7      A.    No.

8      Q.    For DTV supervisors?

9      A.    No.

10     Q.    So, as far as you know, there's no

11   interaction between DirecTV supervisors and AIS

12   installers?

13     A.    Correct.

14     Q.    So, field supervisors, such as Joshua or

15   Bronson or Spencer, what kind of interaction did they

16   have with AIS principals such as Ray Martinez?

17     A.    Generalized.  You know, usually the

18   communication would be between site manager and

19   principal, but there could be some interaction.  I'd

20   say it's mostly limited.

21     Q.    And what interaction did those DirecTV

22   field supervisors I mentioned have with AIS

23   installers?

24     A.    To my knowledge, none.

25     Q.    So the AIS installers, when they were in

                                                          72

**EXHIBIT N**

the field, were they required to wear uniforms?

A.    The contract that AIS agreed to and signed does stipulate that contractors will have identification in a couple of forums, one of which is a DirecTV shirt, that their vehicles be marked as an authorized service provider for DirecTV, and identification on their person to identify them as an authorized provider of DirecTV.  This is done for, first and foremost, customer comfort and safety as well as brand recognition.

Q.    Were there requirements in terms of what the AIS installers had to drive?  Vehicle requirements?

A.    The type of vehicle?

Q.    Type of vehicle or quality of vehicle.

A.    I'm unaware of anything specific other than it needs to be a vehicle that is clean, a vehicle that is reasonable in appearance, but it will be -- it would be noted in the contract.

Q.    And I think you mentioned they had to -- the AIS installers used some kind of DirecTV logo for their vehicles?

A.    They would use a -- it's usually a magnet that's -- but it also would have the DirecTV logo on it, yes.

73

**EXHIBIT N**

1     Q.    Did DirecTV require AIS installers to have

2  certain skills?

3     A.    Certain, I'm sorry, skills?

4     Q.    Skills.

5     A.    The contract in which AIS agreed to and

6  signed requires them to have certifications to perform

7  the installations we've discussed.

8     Q.    Did DirecTV require the AIS installers to

9  have certain education or work experience?

10    A.    Education in terms of -- can you define

11 education, please.

12    Q.    Well, you know, learning, schooling.

13 Certain certification.  Courses taken.

14    A.    Okay.  So if you were talking formal

15 education, no, but if you're talking certifications to

16 perform the services of our proprietary systems, yes.

17    Q.    Okay.  And we discussed one certification

18 previously.

19    A.    Correct.

20    Q.    Aside from that certification, were there

21 other requirements?

22    A.    Yes.

23    Q.    Okay.

24    A.    There is two certifications that -- the

25 SBCA is one of them.  The other one is proctored by a

                                                     74

**EXHIBIT N**

1  company called Jones University, and that is a

2  tutorial of more of our proprietary installation

3  technology.  So the skills they'll need to complete

4  the work orders once assigned.

5      Q.    And did DirecTV maintain information on the

6  AIS installers about whether or not they had completed

7  the Jones University training?

8      A.    Yes.

9      Q.    And where was that information maintained?

10     A.    I don't know where it's maintained.

11     Q.    Is it separate from that database we talked

12  about previously?

13     A.    I don't know.

14     Q.    Why does DirecTV maintain that information?

15     A.    Because under the contract they're

16  obligated to ensure that our quality standards and

17  customer satisfaction is representative of our brand.

18  And our products are highly technical, highly

19  sophisticated.  They change on a very regular basis.

20  And it's simply -- it's extremely -- it's not possible

21  for you to deliver the type of experience we would

22  expect without the proper certifications.

23     Q.    You mentioned two types of certifications.

24  Were there others?  Are there others required of AIS

25  installers?

75

**EXHIBIT N**

1          A.      In the contract, no.

2          Q.      Outside of the contract are there other

3    requirements?

4          A.      At present, no.

5          Q.      In the past were there?

6          A.      No.

7          Q.      So you mentioned this technology is very

8    sophisticated and constantly changing.  What does

9    DirecTV do to teach or certify AIS installers on the

10   new changes in technology?

11         A.      We don't teach AIS installers.  AIS trains

12   their installers.

13         Q.      What do you do, if anything?

14         A.      We provide materials that they have access

15   to, that they can take and then take to their

16   installers and train them.

17         Q.      "They," AIS?

18         A.      "They," AIS, yes.

19         Q.      And how does DirecTV offer or deliver these

20   materials to AIS?

21         A.      There's a website called Sat Install TV

22   dot com that they have access to, that they can pull

23   those materials from.  Or when they go through the

24   Jones certification, they have the option to buy a

25   certification course or the materials themselves.  So

                                                          76

**EXHIBIT N**

1  those two sources.

2      Q.     So does DirecTV communicate with some

3  frequency to AIS about, you know, there's new

4  information on the website available?  Anything like

5  that?

6      A.     No.

7      Q.     So how does AIS know if there is new

8  information available?

9      A.     It's their responsibility to maintain their

10  training.  So typically they'll have someone that

11  looks on there.  And we also -- they know when we have

12  new products coming.  So it's up to them to train

13  their employees.

14      Q.     Does DirecTV do any auditing of AIS

15  installers' knowledge of the latest technologies?

16      A.     The installers themselves?

17      Q.     Yes.

18            THE WITNESS:  I'm sorry.  Could you just

19  read that back to me.

20            (Record read as requested.)

21      A.     No.

22      Q.     Does DirecTV do any auditing of AIS

23  principals or leadership's awareness of the latest

24  technologies?

25      A.     No.  So as long as they are certified there

77

**EXHIBIT N**

1  is no auditing beyond that.

2      Q.    You say "certified."  What do you mean by

3  that?

4      A.    By having passed the Jones certification.

5      Q.    Is the Jones certification a one-time

6  certification or is it an ongoing process?

7      A.    It is a one-time certification, to my

8  knowledge.

9      Q.    Are AIS installers provided any laptops by

10  DirecTV?

11     A.    No.

12     Q.    Are they provided with hand-held devices by

13  DirecTV?

14     A.    No.

15     Q.    Have they ever been provided with hand-held

16  devices?

17          MR. KELLY:  By DirecTV?

18     Q.    By DirecTV.

19     A.    No.

20     Q.    Have AIS installers ever been provided with

21  laptops by DirecTV?

22     A.    Not to my knowledge.

23     Q.    Does DirecTV provide hand-held devices or

24  laptops to AIS if not directly to the installers to

25  the principals at AIS?

78

**EXHIBIT N**

1      A.    No.

2      Q.    When AIS installers call in to DirecTV upon

3   arrival on site to install equipment, what number or

4   group do they contact?

5      A.    I'm not sure of the number.

6      Q.    Is there one phone number they all use?

7      A.    I would guess so, but I don't know for

8   sure.

9      Q.    Let's talk a little bit about record

10  keeping.  Does DirecTV require AIS to keep any sort of

11  records related to its installers?

12     A.    I'm not aware of the records they're

13  required to keep, if any.  But if the records -- it's

14  inside the contract, but I'm unaware specifically of

15  what they are.

16     Q.    And does DirecTV keep records of the

17  customer surveys we talked about previously?

18     A.    Yes.

19     Q.    And do you know how long DirecTV keeps

20  records of those?

21     A.    I don't.

22     Q.    Do you have any idea how often customer

23  surveys are sent out or done?

24     A.    How often they're completed?

25     Q.    As related to, yeah, AIS installers.  Like

**EXHIBIT N**

1     -- well, let me rephrase that.  That's confusing.

     2     Every time an AIS installer goes to do a job at a

     3     customer's house, is a survey conducted?

     4          A.    A survey attempt is conducted, yes.

     5          Q.    Do you know how often customers respond to

     6     those surveys, generally?

     7          A.    For AIS?

     8          Q.    Right.

     9          A.    No.

    10          Q.    Do you know for DirecTV in-house

    11     installers?

    12          A.    On the whole it's roughly 40 percent.

    13          Q.    As far as you know, does -- do the AIS

    14     numbers differ substantially from that?

    15          A.    I don't know.  I don't have any idea.

    16          Q.    Does DirecTV require the same certification

    17     of its in-house installers as it requires of the AIS

    18     installers?

    19          A.    Yes.

    20          Q.    Are there any differences in the training

    21     between -- the training or certification requirements

    22     between DirecTV installers and AIS installers?

    23          A.    To become a basic installer, no, but there

    24     are some more advanced service trainings that our

    25     technicians would take that theirs would not because

                                                              80

**EXHIBIT N**

1  they do not perform service.

2      Q.     So there are some services in-house

3  installers do that AIS installers do not do?

4      A.     That is correct.

5      Q.     Where do those in-house installers receive

6  that more advanced training?

7      A.     At their facility, whichever facility the

8  technician would report to.

9      Q.     So it's DirecTV in-house training?

10     A.     Yes.

11     Q.     Have you ever attended one of those

12 trainings?

13     A.     Yes.

14     Q.     Have you participated in the training?

15     A.     Observed not as a student but as an

16 observer, yes.

17     Q.     Why has DirecTV not made that training

18 available to AIS installers?

19     A.     Because at present they are not performing

20 service calls.  So there's no need for them to have

21 the service training.

22     Q.     And is this all customer service you're

23 talking about or what do you mean by "service calls"?

24     A.     A customer having a problem.  So, existing

25 customer with a problem that we have to go back and

                                                    81

**EXHIBIT N**

1  fix.

2       Q.    So the only differences in training between

3  the DirecTV installers and the AIS installers is

4  customer service-related training?

5            MR. KELLY:  Mischaracterizes the testimony.

6  You can answer.

7       A.    Yes.

8       Q.    The uniforms that are required of the

9  DirecTV -- sorry -- of the AIS installers, can you --

10  what was it, a shirt did you say?

11      A.    It's usually a DirecTV logo'd shirt or cap,

12  or both.  But, obviously, as it states in the

13  contract, their vehicle needs to be marked with a

14  DirecTV logo, and also that says that they are an

15  authorized service provider for DirecTV, as well as

16  wear the identification badges that show who they are.

17  If we were to come to your house we would want you to

18  feel comfortable that a professional was entering your

19  home.

20      Q.    Are those T-shirts and badges and car

21  decals and hats provided for free or are AIS

22  installers charged for them?

23      A.    I have no idea.

24      Q.    Are you aware of any report cards used for

25  auditing AIS installers?

                                                        82

**EXHIBIT N**

1      A.    No.

2      Q.    Does DirecTV keep any sort of record of

3 performance of AIS installers?

4      A.    Yes.

5      Q.    And please describe those.

6      A.    The performance, there's several different

7 reports that are sent regularly.  They're available,

8 but I don't know how long they're archived.  I don't

9 know where they're kept.

10     Q.    So several different reports, and to whom?

11     A.    The local offices have access to those

12 reports, and they will filter out all of the

13 information not associated with AIS and send AIS their

14 information for their purposes only.

15     Q.    And the information that goes into those

16 reports, what kind of information is it?

17     A.    Are you talking about a specific metric?

18 If there's any specific thing you'd like me to comment

19 on, I can.

20     Q.    Yeah.  General or specific metrics.

21     A.    Service metrics.  On-time guarantee

22 metrics.  There are reports sent to them regarding

23 their inventory.  Service rates.

24     Q.    When you say "service rates" what do you

25 mean by that?

83

**EXHIBIT N**

1     A.    The amount of service calls they generate

2  from work that they complete.

3     Q.    Are you talking about AIS installers?

4     A.    Uh-huh.

5     Q.    The on-time information, where is that

6  maintained or how is that maintained?

7     A.    I'm not sure where it's maintained.  It

8  would be maintained somewhere in our headquarters, but

9  I don't know where or with who.

10     Q.    And how does DirecTV know whether AIS

11  installers are meeting on-time metrics or not?

12     A.    Usually from direct inquiry from customer,

13  and the arrival time in which they arrived on the

14  site.

15     Q.    And how often are these -- the different

16  reports sent to AIS?

17     A.    I don't know.

18     Q.    Do you have any idea?

19     A.    No.

20     Q.    The inventory information, do you have any

21  idea how often that is sent to AIS?

22     A.    In the time period that I was in charge?

23     Q.    (Nodding head.)

24     A.    Likely monthly they would get the end

25  results of their -- what they would call shrink, the

84

**EXHIBIT N**

1  amount of inventory that was unaccounted for at their

2  month-end inventory.

3      Q.   And "unaccounted for," like, what do you

4  mean by that?

5      A.   They say they have something and they don't

6  have it.

7      Q.   "They," AIS?

8      A.   Yes.

9      Q.   And DirecTV determined whether or not they

10  had it how?

11      A.   Field supervisors would visit their

12  facilities typically and work with the principals to

13  go through and verify that work orders were closed

14  with the correct inventory.

15      Q.   And would the field supervisors check

16  inventory on individual installers' trucks, for

17  example, the AIS trucks?

18      A.   I don't know that.  I don't know how they

19  operate it.  I don't know how they execute the

20  accounts.

21          MS. DOHERTY:  I think I'd like to break

22  now.  It's nearly 11:30.  We'll go off the record.

23          (Lunch recess taken from 11:30 to 12:30

24          p.m.)

25                    AFTERNOON SESSION

85

**EXHIBIT N**

1

2          MS. DOHERTY:  Back on the record.  First of

3  all, during the break we received page 1 from DirecTV

4  counsel.  So we'd like to add this to the exhibit.

5          MR. KELLY:  We'll stipulate it's part of

6  Exhibit 2, page No. 1.

7      Q.    (By Ms. Doherty) So I'd like to ask you

8  more about Jones University.  Can you tell me more

9  about Jones University?  I've never heard of it.

10     A.    It is a proctoring service that we've

11 utilized to provide our contracting partners with

12 their certifications for our proprietary technology.

13     Q.    Is there a physical location for the

14 university?

15     A.    No.

16     Q.    I'm not familiar with the term "proctoring

17 service."  Can you explain more?

18     A.    They administer the exam.  They don't do

19 any of the training.  They're just the organization

20 that processes the results and proctors the exam.

21     Q.    Is it a division of DirecTV?

22     A.    No.

23     Q.    It's a separate organization?

24     A.    It is, yes, ma'am.

25     Q.    Is it known by any other name other than

                                                      86

**EXHIBIT N**

1  Jones University?

2      A.    That's all what I've known it to be.  If

3  there's another name I'm not aware of it.

4      Q.    So, let's say I'm a DirecTV installer and I

5  need to take the Jones University training.

6      A.    You wouldn't need to do that you were if a

7  DirecTV installer.

8      Q.    I'm sorry.  So who needs the Jones

9  University training?

10     A.    Our subcontracting partners.

11     Q.    So, for example, an AIS installer would do

12  it?

13     A.    Yes.

14     Q.    So how does an AIS installer obtain

15  information about doing the Jones University training?

16     A.    Information about it would be provided from

17  DirecTV to the principal.  The principal would then

18  give that to the installer, and the installer would go

19  and get the certification from there.

20     Q.    Are laptop computers made available by

21  DirecTV for installers to do this training?

22     A.    AIS installers?

23     Q.    Right.  For AIS installer to do it.

24     A.    No.

25     Q.    It's only the subcontracting installers who

                                                        87

**EXHIBIT N**

1  do this training; right?

2       A.    The information in this training is also

3  the same training that we would use for our new-hire

4  training for our W-2 employees.  So this is just the

5  mechanism by which they obtain that specific class.

6       Q.    But the DirecTV new-hire employees don't

7  utilize the Jones University?

8       A.    Jones, that's correct.

9       Q.    So this contract with AIS we've looked at

10  before, Exhibit 2, and now with the first page added

11  to it, is this the same contract that DirecTV

12  maintains with other subcontractors around the

13  country?

14            MR. KELLY:  Objection.  Beyond the scope.

15  Instruct the witness not to answer for reasons I've

16  discussed with counsel.

17       Q.    Are you taking your attorney's advice not

18  to answer?

19       A.    Yes.

20       Q.    Have you seen other DirecTV contracts with

21  other subcontracts around the country?

22            MR. KELLY:  You can answer yes or no.

23       A.    I don't recall ever seeing a separate

24  contract.

25       Q.    I'm going to ask the question again because

                                                        88

**EXHIBIT N**

1  the objection is unfounded.  Are you aware of other
2  contracts that DirecTV has with contractors around the
3  country?
4           MR. KELLY:  Same objection.  Same
5  instruction.
6           MS. DOHERTY:  We're going to go off the
7  record a moment.
8           (Discussion off the record.)
9           MR. KELLY:  Stipulate that we're back on
10 record.  Can you read the question back, please.
11          (Record read as requested.)
12          MR. KELLY:  You can answer yes or no.
13    A.    "Of other contracts."  So can you clarify
14 the question for me, please.
15    Q.    Does DirecTV have other contracts with
16 subcontractors, such as AIS but other subcontractors,
17 around the country?
18    A.    Yes.
19    Q.    Have you seen any of these contracts?
20    A.    No.
21    Q.    Do you know if these contracts are the same
22 as the contract that DirecTV has with AIS?
23          MR. KELLY:  No foundation.  Calls for
24 speculation.  You can answer.
25    A.    Can you repeat the question, please.

                                              89

**EXHIBIT N**

```
 1            MS. DOHERTY:  Can you read it back.

 2            (Record read as requested.)

 3            MR. KELLY:  No foundation.  Calls for

 4   speculation.  You can answer if you know.

 5            MS. DOHERTY:  That's coaching the witness,

 6   counsel.

 7            MR. KELLY:  Ma'am, stating an objection is

 8   not coaching the witness.  Telling the witness that he

 9   can answer if he knows is not coaching the witness.

10            MS. DOHERTY:  He asked for repetition of

11   the question.  He didn't ask for a repetition of your

12   objection.

13            MR. KELLY:  We're making a record here.  I

14   think everybody knows what's being done here.

15       A.    My understanding is that they are the same

16   contract.

17       Q.    Is there a person who would better be able

18   to answer that question at DirecTV?

19       A.    I'm sure there is.

20       Q.    Who is that person, do you know?

21       A.    I don't know who the best person to answer

22   that question would be, but it would be someone in our

23   legal department.

24       Q.    Where is the legal department?

25       A.    There's a legal department in Denver,
```

                                                    90

**EXHIBIT N**

1  Colorado.

2      Q.      Is there another legal department?

3      A.      I believe there is some in California, but

4  I think operations legal would be in Denver.

5      Q.      On page 42 of the contract there's a

6  signature of David Baker, senior vice-president.  Do

7  you know David Baker?

8      A.      I do.

9      Q.      Do you know if he was involved in

10  negotiating this contract?

11      A.      I'm sorry.  What page did you say that was?

12          MR. KELLY:  42.

13      A.      So the question was regarding Mr. Baker?

14          MR. KELLY:  Do you know if he negotiated

15  the contract with AIS.

16      A.      With AIS, no.

17      Q.      Does David Baker negotiate some contracts?

18      A.      I don't know.

19      Q.      Let's look at page 26 of the contract,

20  paragraph B, subcontractors.

21          MR. KELLY:  We're on the page right now.

22      Q.      About nine or 10 lines up from the bottom

23  of paragraph B.  And I'll read from the contract.  It

24  states, "DirecTV, in its sole discretion and upon

25  notice to contractor, may terminate the subcontractor

91

**EXHIBIT N**

1 status of any such third party or subcontractor and

2 contractor may not engage or otherwise utilize such

3 third party or subcontractor in the performance of

4 services as set forth herein..."  And it goes on.

5       MR. KELLY:  We're just reading the verbiage

6 in the agreement.

7     Q.    Do you see where I'm reading?

8     A.    I do.  I'm just reading it.  Okay.

9     Q.    What's your understanding of that?

10     A.    I'm sorry.

11     Q.    Take your time.

12     A.    To me this section seems to say that

13 DirecTV has the sole discretion upon notice to

14 terminate the subcontractor status of a third party.

15 "Or subcontractor," and the contractor may not engage

16 with that third party again until they are reinstated

17 by DirecTV in writing.

18     Q.    In other words, DirecTV could fire a

19 subcontractor?

20     A.    Yes.

21     Q.    Are you aware of any limitations on

22 DirecTV's ability to fire a subcontractor?

23     A.    No.

24     Q.    You testified earlier that it's cheaper to

25 use contractors than to use in-house technicians.  Why

EXHIBIT N

1    is that?

2         A.    Several reasons.  Contractors are -- a

3    contractor will pay for their own supplies.  They will

4    pay for their own fleet.  They will pay for their own

5    fuel.  They will pay for their own tools.  They will

6    pay for their own benefits, if they provide any,

7    because their employees are not eligible for benefits

8    with DirecTV because they're not employees.  So it is

9    cheaper to use contractors than in-house technicians.

10        Q.    What kind of benefits does DirecTV provide

11   to its in-house technicians?

12        A.    Medical, dental, vision, 401(k), pension,

13   complimentary DirecTV programming.  Let's see.

14   Employee assistance programs.  I'm sure I'm forgetting

15   something.  It's a fair assessment, I guess.

16        Q.    You testified earlier that using in-house

17   installers for all installation was an expensive

18   proposition.  Why?

19        A.    A more expensive proposition, yes.

20        Q.    More expensive than using?

21        A.    Subcontractors.

22        Q.    Why?

23        A.    Because we are therefore paying for those

24   things I mentioned previously.  You're paying for the

25   employee's benefits.  You're paying for the employee's

                                                        93

**EXHIBIT N**

vehicle.  You're paying for the employee's fuel.
You're paying for the employee's tools.  All of the
materials that they need to -- like consumable
inventory.  Things that you have to provide for them
to be able to complete the work.  Facilities.  So rent
and common area maintenance and all the things
associated with having a physical facility.
Employees' support.

    Q.    And you testified that AIS only performs
7 to 9 percent of DirecTV installation work during
slow periods, 8 to 10 percent during high periods.
Why does DirecTV not hire, you know, more employees,
part-time workers or temp workers, during the busier
periods?

    A.    Now, I would say that with a range because
those numbers are not exact.  So estimated under --
that being an estimation.  Why wouldn't we hire
part-time employees?  In the field it's very difficult
to keep a part-time employee, first of all, trained
and up to speed.  The work is -- your skill and your
craft is honed with experience and repetitive action.
So, someone that comes in and works for three months,
gets trained, works for three months and goes away,
that's very difficult for us to even get a person
ready for them to perform well.  So, the part-time

**EXHIBIT N**

1  model just doesn't work for us and we choose not to

2  use it.

3     Q.    And so is it fair to say that hiring

4  part-time workers would change the bottom line?

5        MR. KELLY:  Vague and ambiguous as to "the

6  bottom line."

7     Q.    So if you understand the question you can

8  answer it.

9        MR. KELLY:  It's colloquial, counsel.  I

10 think we know that.

11       THE WITNESS:  Do I answer?

12    Q.    Please.  You may answer the question.

13       THE WITNESS:  Can you restate.

14       (Record read as requested.)

15    A.    Yes.

16    Q.    How so?

17    A.    You would have to invest in their training.

18 You would have to invest in their -- everything that

19 you would have to invest in a full-time worker.

20 Perhaps, depending on their hours worked, less

21 benefits, but still would remain an in-house expense.

22 And, more importantly, over time you wouldn't be able

23 to sustain their skills and grow their skills being a

24 part-time worker.  This is a job that you get better

25 at over time.  So, the limited amount of time they're

95

**EXHIBIT N**

there isn't good for the development and being able to
sustain them as employees.

Q.   If it's cheaper to hire subcontracting
installers, why not only use subcontractors?

MR. KELLY:  Why what?

Q.   Why not only use subcontractors?

A.   My job is to ensure that the quality
standards and the customers' expectations are met and
exceeded.  We believe that we have become as
proficient as we have been because we've had an
ownership interest in our field operation.  And while
we still see value in contractors, we prefer to have a
higher percentage of work done by in-house employees.

Q.   Has DirecTV ever hired AIS installers as
in-house technicians?

A.   I don't know the answer to that.

Q.   Has DirecTV hired other subcontracting
installers as in-house technicians?

A.   I don't know the answer to that.

Q.   If DirecTV were to hire a subcontracting
installer as an in-house technician, would their
duties change at all?

A.   It's hard for me to answer because I don't
know what their duties are outside the scope of the
installation.  So, I don't know what their

96

**EXHIBIT N**

administrative responsibilities are to their local
office.  I don't know what their meeting schedules
are.  I don't know what interaction they have with
their local supervisors.  So, can you give me a little
bit more of a clear definition of what they would be
doing?

Q.    With respect to their installation duties
would there be any change?

A.    It would be very similar.  They would
likely be doing service calls, in addition to their
existing work today, but the work in general is very
similar.

Q.    Are all DirecTV in-house installers trained
in doing service calls?

A.    All in-house employees or technicians are
trained, but not all of them have service in their
skill set.

Q.    And what determines whether service is in
their skill set?

A.    Quality standard of work on other work
order types.  Experience, time and position.

Q.    And can you tell me about how DirecTV
maintains information as to all of those things you
just mentioned?

MR. KELLY:  For W-2's.

97

**EXHIBIT N**

1    Q.    For its own in-house installers.

2          THE WITNESS:  Can you read it back.

3          (Record read as requested.)

4    A.    And by "information" are you talking about

5    data?

6    Q.    Yeah.  Data and performance standards.

7    A.    Performance is monitored in a number of

8    ways.  Usually through data reporting.  That reporting

9    is available to local leadership, and performance is

10   managed by the site manager and the local supervisors

11   that manage those particular technicians.

12   Q.    So we talked earlier about the data that

13   DirecTV maintains on AIS installers.  How does that

14   differ from the data DirecTV maintains on in-house

15   installers?

16   A.    From a metric perspective many of them are

17   the same.  The performance metrics that we look at for

18   customer satisfaction, that we look at for field

19   compliance, are the same, but we have more reporting

20   that we would do for in-house employees than we would

21   do for, you know, an external company.  And the list

22   is long and vast.

23   Q.    Is there a name for the database where you

24   maintain this information?

25   A.    I don't know it.  I don't know if it's

                                                      98

**EXHIBIT N**

```
 1   called "Database."  I don't know how it's archived.  I
 2   don't know the answer to the question.  I'm sorry.
 3        Q.    Do you know if the information or database
 4   for the AIS installers is separate from the DirecTV
 5   installers database?
 6        A.    Are you talking about compliance data or
 7   are you talking about information that's in the work
 8   force management system?
 9        Q.    How about information in the work force
10   management system?
11        A.    Information in the work force management
12   system is in the same place because you're going
13   through the same pool of -- you have to have a host, a
14   person in the work force management system, to be able
15   to be routed a work order, right.  So that's one of
16   the prerequisites, but the performance data is
17   completely separate.  Now, some of that comes from
18   that same system but not all.  So, a lot of it is --
19   some of the source data for the reports comes from
20   that same system, if that makes sense.
21        Q.    So the work force management system is a
22   database where information is maintained for both
23   in-house installers and subcontractor -- or AIS
24   installers?
25        A.    Yes.
```

99

**EXHIBIT N**

1      Q.    Is that easy to separate out?

2      A.    Uh-huh.

3      Q.    And the performance standards system, how

4  are those different?  Can you describe for AIS and for

5  in-house?

6      A.    Performance metrics are virtually -- for

7  example, you've seen some of their data in the

8  contract, right.  Some of them say send seven, for

9  example.  That's something that they will send to them

10 on a regular basis for them to manage to.  That's the

11 exact same metric that we would use for our internal

12 guys.

13       But there are some metrics that would be

14 measured more on an internal basis, and they're

15 usually subcuts of other pieces of data that we've had

16 in -- what's the best way to put it?  We extrapolate

17 data that comes out of the system for virtually every

18 performance metric, but we don't share every one of

19 those metrics with the contractors.  So we share

20 information that's pertinent to the contractors only.

21 And they deal with the data from their end.

22     Q.    And how do you share that information?

23     A.    Usually push to them via e-mail.

24     Q.    E-mail?

25     A.    Yes.

                                                    100

**EXHIBIT N**

1     Q.   Have you e-mailed AIS management with data?

2     A.   I don't recall ever having done that.

3  That's usually done by the site manager or supervisor,

4  W-2 supervisor.

5     Q.   And who is that with respect to AIS or who

6  would that be?

7     A.   That would be Ray.  Sent to Ray.

8     Q.   Who at DirecTV would send it to Ray?

9     A.   Oh, I see.  In that given time period?

10 Which time period are we talking about?

11    Q.   The whole time that you supervised in

12 Washington.

13    A.   It would be one of a few people.  Marsha

14 Stephens.  Mark Mastin is another.

15    Q.   Do these people have job titles?

16    A.   Marsha Stephens is no longer with the

17 company.  Mark Mastin is now director of operations in

18 the state of Washington.

19    Q.   And what was Marsha Stephens' title?

20    A.   Site manager.

21    Q.   Can you think of anyone else besides those

22 two people who would be e-mailing performance standard

23 information to Ray?

24    A.   I really wouldn't know who was responsible

25 for sending that.  So those are the only two names I

```
 1  would feel comfortable giving because I don't know who

 2  whose responsibility that was.

 3       Q.    You testified earlier that field

 4  supervisors will do ride-alongs with in-house DirecTV

 5  installers?

 6       A.    That's correct.

 7       Q.    To see how they're doing and compliment

 8  them and review their work.  Why don't these

 9  supervisors do ride-alongs with AIS installers?

10            MR. KELLY:  Objection.  Asked and answered.

11  You can answer.

12       A.    Because they're not employees.

13       Q.    Isn't DirecTV concerned about the quality

14  of work being done by the AIS installers?

15            MR. KELLY:  Objection.  Asked and answered.

16  You can answer.

17       A.    We're always concerned about the quality

18  that they produce, but that's Ray's job.  It's Ray's

19  team's job.  It's not our guy's job.

20       Q.    The surveys that are done by DirecTV, are

21  those associated with specific installers?

22       A.    Yes.

23       Q.    Does DirecTV keep track of how particular

24  installers are doing?

25       A.    They do.
```

**EXHIBIT N**

1      Q.    Including AIS installers?

2      A.    That's my understanding, yes.

3      Q.    Does DirecTV take any action if an AIS

4 installer regularly receives negative feedback?

5      A.    No.

6      Q.    Why not?

7      A.    Because they're not employees.

8      Q.    Does DirecTV contact Ray or the principal

9 of the subcontracting agency with respect to negative

10 survey results?

11     A.    They would speak to Ray -- sorry.  They

12 would speak to Ray at that level.  They would speak to

13 him personally about the team's performance.  And it's

14 at my direction it's their understanding that it is

15 Ray's job to take any further discussion from that

16 point forward.

17     Q.    When you say "they" who are you referring

18 to?

19     A.    My -- whether it be my site manager,

20 whether that be a tech supervisor on a W-2 side, if we

21 were to send data points to Ray and say that there's a

22 substandard performance he would let him know that.

23 It's up to Ray, from that point forward, to do

24 whatever it is that he does to drive his team's

25 performance.  So we would have no knowledge or input

103

**EXHIBIT N**

1 whatsoever.

2     Q.     Does DirecTV have the power to tell AIS

3 that DirecTV does not want a specific installer

4 working for AIS any more?

5     A.     Not from my view, no.

6     Q.     Is this consistent with what we looked at

7 in the contract on page 26?

8           MR. KELLY:  Calls for a legal conclusion.

9 Vague and ambiguous.  You can answer.

10     A.     From my view I would say no.

11     Q.     The quality control techs that you

12 mentioned earlier who accompany -- they accompany

13 contractor installers, AIS installers?

14     A.     They do not accompany them.

15     Q.     They follow them?

16     A.     An AIS technician would complete a work

17 order, go to the next one.  Day or so later, two days

18 later, a week later, that quality control technician

19 would go out on a myriad of work orders to inspect

20 quality standards.  So there's no interaction between

21 the two, I just want you to understand.

22     Q.     And are the AIS installers aware of those

23 quality control people?

24     A.     I don't know.

25     Q.     How often do they go out after AIS

                                                      104

**EXHIBIT N**

1  installations have occurred?

2         MR. KELLY:  He just told you, a day or week

3  later.

4      Q.    You can answer the question.

5         MR. KELLY:  Do you want to have your last

6  answer read back?  Counsel, he just told you literally

7  15 seconds ago.

8         MR. LAKE:  I think that counsel was asking

9  about the frequency not.

10         MR. KELLY:  Can you read the question back

11  because I think she said how long do they go out after

12  the work.  Read the question back, please, madam court

13  reporter.

14         (Record read as requested.)

15         MR. KELLY:  That's what I thought the

16  question was.  Do you want that question answered or

17  the one that counsel asked?

18         MS. DOHERTY:  My question was how often.

19  Correct?  Did you just read back my question?

20         (Record read as requested.)

21         MR. KELLY:  You can answer.

22      A.    So, the quality technicians would work

23  every day that they were scheduled to work, and every

24  day that they are scheduled to work they would go and

25  do that.  So they're doing them daily.  How

                                                    105

**EXHIBIT N**

1  frequently, to your point, would they be with an AIS

    2  technician versus an in-house technician's work, I

    3  don't know the answer to that.

    4      Q.    Were there targeted quality control checks,

    5  or it was just random checks?

    6            MR. KELLY:  With respect -- can you tell me

    7  what you mean by "targeted"?

    8      Q.    Do you understand the question?

    9            MR. KELLY:  I don't understand the

   10  question.

   11            MS. DOHERTY:  I'm not talking to you.

   12            MR. KELLY:  Counsel, if I don't understand

   13  the question, my apologies.  I'm not trying to argue

   14  with you.

   15            MS. DOHERTY:  You clearly are trying to

   16  argue with me.

   17      A.    I would like clarification, if it would be

   18  okay.

   19      Q.    Were the checks by the quality control

   20  people random?

   21      A.    Random in such that we would pull a sample

   22  of work orders from a pool.  Would we make sure that

   23  some of the work orders that we were going to go

   24  verify were from work orders completed by AIS, yes, to

   25  make sure that their quality standards were met and

                                                          106

**EXHIBIT N**

1  exceeded customers' expectations.  But was there a

2  targeted percentage, I wouldn't know what that

3  percentage was or speak to it.

4      Q.   Were there particular AIS installers whom

5  you would notify the quality control people to check

6  up on more frequently?

7      A.   They would have no idea who the person was

8  that was there prior.  All they know is they're going

9  to a customer's home, and they would fill out

10 paperwork, bring it back, and that's it.  So they

11 would have no visibility to whether it was an AIS tech

12 or whether it was our technician.

13     Q.   The quality control people would have no

14 visibility but someone at DirecTV would know?

15     A.   Upon seeing results, yes.

16     Q.   And would someone at DirecTV, upon seeing

17 results, focus on particular AIS installers with

18 respect to sending out the quality control people?

19     A.   I don't know how to answer that.  I

20 wouldn't know unless you were giving me a specific

21 circumstance to comment on.

22     Q.   What happens with the feedback from the

23 quality control checks?

24     A.   It's shared with the principal or, in this

25 case, Ray, and he would take that, study it, and do

                                                    107

**EXHIBIT N**

1  whatever he sees fit.

2      Q.    How does DirecTV determine assignments,

3  whether they go to in-house installers or AIS

4  installers?

5      A.    So are you talking about quality control or

6  are you talking about regular work?

7      Q.    Now I'm talking about regular work

8  installation.

9      A.    Okay.  Thank you for clarifying.  So, the

10  question is -- say it again, please.

11      MS. DOHERTY:  Could you read it back.

12      (Record read as requested.)

13      A.    So first criteria has got to be the number

14  of techs working on that particular day.  And so, in

15  that vein, the system is set up with -- the work force

16  management system is set up with the individuals that

17  will be working that day.  And then once the routes

18  fill systemically, the volume routes that AIS is to do

19  that day is pushed to AIS for them to complete and to

20  meet the customer standards.  That's their sole

21  responsibility, and we have zero input on who gets

22  what work.

23      So the work orders are systemically

24  generated based on the number of profiles or tech

25  profiles in the system.  It pushes out work for that

108

**EXHIBIT N**

1  day.  A percentage of that work is going to go to the

2  contractor.  That work is systemically pushed to them.

3  From then it belongs to them.  It's scrambled eggs.

4      Q.    So looking at the different services on the

5  rate sheet that we looked at previously, for example,

6  I understand install is one service, upgrade is

7  another service?

8      A.    Uh-huh.

9      Q.    Does DirecTV make assignment determinations

10 with respect to specific services when deciding

11 whether to push out work to a contractor or send it to

12 its own in-house installers?

13     A.    So, the thing that will determine what type

14 of work orders you'll get is a skill set, skill

15 package that is included in the systemic setup.  And

16 so if you're a technician with an install, upgrade and

17 service skill set, you're eligible to receive those

18 work orders.  If you install and upgrade in your skill

19 set you will not receive service work orders.

20     Q.    Is it fair to say that DirecTV in-house

21 installers have a broader skill set than AIS

22 installers?

23     A.    From a systemic perspective?

24     Q.    Yeah, sure.

25     A.    Well --

109

**EXHIBIT N**

1      Q.    As opposed to what perspective?

2      MR. KELLY:  She's not trying to argue with

3 you.  She's trying to agree with you.

4      THE WITNESS:  Okay.

5      A.    In this case, yes.  Contractors typically

6 do not do service calls.  They do typically installs,

7 upgrades, and what we call former installs or when a

8 person moves from one home to another.  So they would

9 not have service in their skill set, so they would not

10 receive the full complement of work.

11      Q.    Now, this is the rate sheet that DirecTV

12 provided to AIS, and so if AIS installers are not

13 doing service work why is service listed on this rate

14 sheet?

15      A.    If and when, at a time to be determined by

16 DirecTV, they decided to open service to that

17 contractor they know what the payout is.

18      Q.    Have rate schedules changed during the

19 period that you oversaw Washington?

20      A.    I'm not aware of the specific changes.  I

21 believe there have been some changes, but I'm not

22 aware of the specific changes.

23      Q.    From 2008 forward, has DirecTV increased

24 its revenues?

25      A.    Have we increased revenues in that period

110

**EXHIBIT N**

1  of time?

2      Q.    Yes.

3      A.    I would say we have.

4      Q.    Is DirecTV growing as a company in terms of

5  how many people it's employing?

6      A.    I wouldn't have a direct metric in front of

7  me to be able to authorize that for sure.  Anything I

8  would be saying would be speculative on my part.

9      Q.    So could you speculate as to whether or not

10 DirecTV has grown in the past six years?

11     A.    I believe we have.

12     Q.    Has DirecTV started using more contractors

13 in the past six years?

14     A.    I'd say the percentage has been relatively

15 constant.

16     Q.    So David Baker, who signed this contract,

17 what looks like he was a senior vice-president, is he

18 still with the company?

19     A.    He is.

20     Q.    And what are his duties?

21     A.    He's the senior vice-president of all

22 DirecTV home service operations and field service

23 operations.

24     Q.    What does that involve?

25     A.    So, everything associated with the

111

**EXHIBIT N**

1  installation and service of our customer base would

2  fall under Dave's flag.

3      Q.    Is he the only person responsible for that,

4  or are there other senior vice-presidents?

5      A.    He is the only senior vice-president over

6  the field services operation.  His title is senior

7  vice-president of field services, I believe.

8      Q.    And where is he based?

9      A.    Denver.

10     Q.    Does he come out -- or when you were

11 working overseeing the Washington area, did he come

12 out here often?

13     A.    No.

14     Q.    Did he come out at all?

15     A.    I don't recall having Dave -- David visit

16 us.  I think David visited the Lynnwood site one time

17 with me.

18     Q.    And do you remember what he did during that

19 visit?

20     A.    Sure.  He spoke to the technicians and

21 thanked them for their performance.  Answered

22 questions from the group about the company, about

23 business.

24         MS. DOHERTY:  We'll take a short break.  I

25 think we're almost done.  So we'll take five or 10

1   minutes and then be back.

2          (Off the record from 1:27 to 1:36 p.m.)

3      Q.   Does DirecTV have the power to tell AIS if

4   they don't want a specific AIS installer working on

5   DirecTV projects?

6          THE WITNESS:  Can you repeat the question?

7          (Record read as requested.)

8      A.   My understanding is that DirecTV could

9   inform the principal that, based on frequency of

10  noncompliance of a specific individual, that they may

11  not work -- want that individual working on

12  proprietary -- our proprietary systems, but would have

13  no influence on that person's employment with said

14  contractor.  That is my understanding.

15     Q.   Do you remember when you first learned

16  about the Department of Labor investigation of AIS?

17     A.   No, honestly.

18     Q.   About what time, roughly?

19          MR. KELLY:  Can you -- I don't want to

20  interrupt you.  You mentioned something at the very

21  beginning.  Can you help me with the date?  If you

22  know the date of that meeting it might help.  You

23  talked about it in your first question.

24     Q.   So there was a meeting, I believe in March

25  of 2012, that you attended --

113

1           MR. KELLY:  That might help him with the

2    time frame.

3           Q.    -- with Amy Ward and Ray.

4           A.    Yes.

5           Q.    And so how soon, I guess, before that

6    meeting did you learn of the Department of Labor

7    investigation?

8           MR. KELLY:  Thank you, counsel.

9           A.    I don't recall the length of time.  I

10   remember being told about it.  I would not -- I

11   wouldn't know how to put a frame of reference of time

12   on it.  It's been a long time ago.  I apologize.

13          Q.    Do you remember how you first heard about

14   it?

15          A.    No.

16          Q.    Do you remember discussing the

17   investigation with AIS?

18          A.    I remember vaguely discussing that they had

19   received information from the Department of Labor and

20   that they were dealing with it.  But we didn't have

21   extensive discussions.

22          Q.    Who did you talk to?

23          A.    Ray.

24          Q.    After the meeting with Amy Ward and others,

25   did you have further discussions with AIS about the

                                                        114

**EXHIBIT N**

1    Department of Labor investigation?

2        A.    After the meeting with Amy Ward, to my

3    recollection, no.

4        Q.    After that meeting with Amy Ward, did you

5    take any action regarding the Department of Labor

6    investigation?

7        A.    No.

8        Q.    Did you take any notes about that meeting

9    or during that meeting?

10       A.    No.  I don't believe so.

11       Q.    Going back to this rate card briefly.  Does

12   AIS have the power to negotiate rates with DirecTV?

13       A.    They have the power to request changes to

14   their rates and those would be handled on a case by

15   case basis.  But is it an open negotiation, not

16   typically.

17       Q.    To your knowledge, have any rates been

18   changed at AIS's request?

19       A.    I'm unaware if any changes have been made.

20   I can't recall.

21       Q.    Do you recall any subcontractor

22   successfully requesting changes to DirecTV rate cards?

23       A.    Yes.

24       Q.    And what contractor was that?

25       A.    I forget the name.  I think it was one of

                                                        115

**EXHIBIT N**

1   ours in another state.

2       Q.      Do you recall any details of the

3   negotiations over rates with that subcontractor?

4       A.      No.

5       Q.      Was there anything that would refresh your

6   recollection?

7       A.      Not really.  I mean, the request was made

8   to our finance team and the finance team proposed

9   another rate change based on another rate, and they

10  accepted that and we moved forward.

11      Q.      And do you oversee the finance team?

12      A.      No.

13      Q.      At some point the finance team notified you

14  of the rate change?

15      A.      Yes.

16      Q.      And how did they do that?

17      A.      Through a phone call.

18      Q.      Are there any e-mails reflecting that rate

19  change?

20      A.      I don't know.

21      Q.      Do you remember who at the finance team

22  advised you of the rate change?

23      A.      No.

24      Q.      Just one minute.  I think we're almost

25  done.  Do you have any documents from the Department

116

**EXHIBIT N**

1    of Labor regarding the investigation?

2         A.    No.

3         Q.    Did you ever receive documents --

4         A.    No.

5         Q.    -- from the Department of Labor?  Have you

6    recently spoken with AIS principals regarding the

7    investigation?

8         A.    No.

9         Q.    Or the lawsuit?

10        A.    No.

11             MS. DOHERTY:  I think we're done.  Thank

12   you.

13             MR. KELLY:  What proposal do you have on

14   the transcript?

15             MS. DOHERTY:  Yes.  For the transcript.

16             MR. LAKE:  Jennifer, do you have any

17   questions?

18             MS. TRUONG:  Nothing from me.

19             MS. DOHERTY:  How would you like to review

20   it?

21             MR. KELLY:  I thought I heard that you were

22   from California; is that right?

23             MS. DOHERTY:  No.  She's contracting.

24             MR. KELLY:  Today is the 4th.  If we don't

25   have it expedited we'd have it by the 15th.  Can you

117

**EXHIBIT N**

1  send that to me electronically regular schedule.  I

2  will make it available to Mr. King.  Why don't we

3  agree that he'll review it, sign under penalty of

4  perjury within 20 court days.  We have something

5  coming up in August and that you're going to be away.

6  I'll get you back any changes in the transcript as

7  soon as I get it back from him.

8          I'll maintain custody of the original and

9  make it available to you at your request.

10          MR. LAKE:  So we'll get it back within 20

11  court days of today?

12          MR. KELLY:  Twenty court days of when it's

13  sent to me.  So assuming it I have it on June 15,

14  you'll have it theoretically by the 10th of July.

15          MR. LAKE:  I think we'll hold on to the

16  original and give you a certified copy.

17          MR. KELLY:  That's not usually done, but I

18  don't care.  He's going to sign something.

19          MR. LAKE:  It will come -- a certified copy

20  will come with the attestation at the end or a list of

21  any proposed changes that he would make to the

22  transcript.

23          MR. KELLY:  So you're going to keep the

24  original, I'll get the certified copy and work off of

25  that.  That's fine.  Off the record.

                                                    118

**EXHIBIT N**

```
 1              (Deposition concluded at 1:47 p.m.)
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

**EXHIBIT N**

```
                    D E C L A R A T I O N



         I declare under penalty of perjury that I
    have read my within deposition, and the same is true
    and accurate, save and except for changes and/or
    corrections, if any, as indicated by me on the
    correction sheet hereof.




                              _____
                              CHRISTOPHER KING




         Dated this ___31___ day of ___July___,
    2014.




                                                    120
```

**EXHIBIT N**

```
 1               C E R T I F I C A T E

 2

 3   STATE OF WASHINGTON      )

 4                            ) ss.

 5   COUNTY OF KING           )

 6

 7       I, the undersigned Washington Certified Court

 8   Reporter, pursuant to RCW 5.28.010, authorized to

 9   administer oaths and affirmations in and for the State

10   of Washington, do hereby certify:

11       That the annexed and foregoing deposition

12   consisting of Page 1 through 118 was taken

13   stenographically before me and reduced to a typed

14   format under my direction;

15       I further certify that according to CR 30(e) the

16   witness was given the opportunity to examine, read and

17   sign after the same was transcribed, unless indicated

18   in the record that the review was waived;

19       I further certify that all objections made at the

20   time of said examination to my qualifications or the

21   manner of taking the deposition, or to the conduct of

22   any party, have been noted by me upon said deposition;

23       I further certify that I am not a relative or

24   employee of any such attorney or counsel, and that I

25   am not financially interested in said action or the
```

                                                     121

**EXHIBIT N**

outcome thereof;

I further certify that the witness before examination was by me duly sworn to testify to the truth, the whole truth and nothing but the truth;

I further certify that the deposition, as transcribed, is a full, true and correct transcript of the testimony, including questions and answers, and all objections, motions, and exceptions of counsel made and taken at the time of foregoing examination and was prepared pursuant to Washington Administrative Code 308-14-135, the transcript preparation format guideline;

I further certify that I am sealing the deposition in an envelope with the title of the above cause and the name of the witness visible, and I am delivering the same to the appropriate authority;

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed my official seal this 16th day of June 2014.

_____

Certified Court Reporter No. 2498 in and for the State of Washington, residing at Shoreline, Washington.

122

**EXHIBIT N**

```
 1    ERRATA SHEET FOR THE DEPOSITION OF CHRISTOPHER KING
      DATE TAKEN:   JUNE 4, 2014
 2    PAGE    LINE    CORRECTION

 3     6      24     I was uncertain about the proper
 4    ____   ____    names of legal documents and misspoke.
 5    ____   ____    I briefly reviewed DIRECTV's written
 6    ____   ____    discovery responses in this case that
 7    ____   ____    were provided to the DOL's attorneys,
 8    ____   ____    not anything from any other litigation.
 9    ____   ____    _____

10     8      7     "SEMA" as written should be "CMA"
11    ____   ____    (Consumer Manufacturers Association) who
12    ____   ____    runs the annual Consumer Electronics
13    ____   ____    show (CES)
14    ____   ____    _____

15    35     20     "THEM" as written should be "THE"
16    ____   ____    _____

17    85     20     "Accounts" as written should be "counts"
18    ____   ____    _____

19    92     20     I misinterpreted counsel's definition
20    ____   ____    of the word "subcontractor". My
21    ____   ____    interpretation of the word "subcontractor"
22    ____   ____    was to describe a company under contract
23    ____   ____    with DIRECTV, not any individual
24    ____   ____    employee of the company. DIRECTV reserves
25    DEPONENT'S SIGNATURE Chris King      DATE 7/31/14

                                                      123
```

```
 1   ERRATA SHEET FOR THE DEPOSITION OF CHRISTOPHER KING
     DATE TAKEN:  JUNE 4, 2014
 2   PAGE    LINE   CORRECTION
                    Continued
 3   92      20     the right to terminate any contract
 4   ____    ____   with a subcontracting company, but
 5   ____    ____   does not retain the right to terminate
 6   ____    ____   employees of that company, as I
 7   ____    ____   explained in response to the DOL
 8   ____    ____   counsel's question at page 113
 9   ____    ____   of the transcript.
10   ____    ____   _____
11   ____    ____   _____
12   ____    ____   _____
13   ____    ____   _____
14   ____    ____   _____
15   ____    ____   _____
16   ____    ____   _____
17   ____    ____   _____
18   ____    ____   _____
19   ____    ____   _____
20   ____    ____   _____
21   ____    ____   _____
22   ____    ____   _____
23   ____    ____   _____
24   ____    ____   _____
25   DEPONENT'S SIGNATURE  Chris King   DATE 7/31/14
```

123

**EXHIBIT N**