**Subject:** RE: Contractors-
**Date:** Saturday, November 17, 2012 at 1:06:18 PM Pacific Standard Time
**From:** Heddon, Rich
**To:** Justin Masencup, Ray Martinez
**CC:** Pierron, Samantha, Dunlap, Dustin, Mastin, Marc S.

I agree, we need to have this discussion ASAP, we will schedule something in Lynnwood ASAP.

**From:** Justin Masencup [mailto:justin@aisystems.pro]
**Sent:** Saturday, November 17, 2012 1:04 PM
**To:** Heddon, Rich; Ray Martinez
**Cc:** Pierron, Samantha; Dunlap, Dustin
**Subject:** RE: Contractors-

We would need to pull Ray into this conversation, I would suggest we sit down and discuss with both shops. Given the current adjustments that have been made to our schedules with 5 day and no availability past 4pm this represents a 33% reduction in our work load prior to reducing any headcount. For us this represents a major financial impact so we really need to bring everyone to the table.

**From:** Heddon, Rich [mailto:RHeddon@dtvhs.com]
**Sent:** Saturday, November 17, 2012 12:24 PM
**To:** Justin Masencup
**Cc:** Pierron, Samantha; Dunlap, Dustin
**Subject:** RE: Contractors-

OK, so last time I spoke to you I told you we were 10 overstaffed, I wanted you to dial it down to about 15 and I was going to reduce my head count by 5. I am trying to balance my work and staffing. Truth is, I actually feel we are potentially 15-20 overstaffed I am using churn to manage my numbers and pull us in line with the volume of work we have. I need you to do the same, that is what I asked you to do when we talked. I need you between 13-15, strong performers. I will be on vacation next week, when I return I want to pull Samantha into the conversation, we need to be on the same page. Lets plan for a meeting first week of December. I know you are not seeing this from your current work load, but a imitate change to FS on the horizon. We

will talk when I return from vacation.

Rich

---

**From:** Justin Masencup [mailto:justin@aisystems.pro]
**Sent:** Saturday, November 17, 2012 10:36 AM
**To:** Heddon, Rich
**Cc:** Pierron, Samantha; Ray Martinez; Lisa Kelley
**Subject:** RE: Contractors-

We are staffing to the same level we were last time I talked to you (20). One of these techs has been caught up in background since we last talked and we have also lost two since we talked so there should be no overall net change. I am open to opening techs up between 71 and 81 but that would have to be a conversation between you and Marc. Right now we are opening up our techs for Lynnwood between 81, 83 and 86.

---

**From:** Heddon, Rich [mailto:RHeddon@dtvhs.com]
**Sent:** Saturday, November 17, 2012 10:11 AM
**To:** Justin Masencup
**Cc:** Pierron, Samantha
**Subject:** FW: Contractors-

Justin? Was I unclear last time we spoke about headcount? What's up with three new hires? I do not have enough work. Why did you put them on me and not Lynnwood? They are still staffing up. Have you talk to them about their needs?

---

**From:** Pierron, Samantha
**Sent:** Friday, November 16, 2012 10:25 AM
**To:** Heddon, Rich
**Subject:** Contractors-

Just an FYI I am submitting another tech request for them.. This will be the 3RD one since you've told me they are not to hire

Samantha Pierron
DirecTV Home Services
Qc Supervisor
Lacey Wa
360-970-9497

We operate as a team, helping other departments to effectively provide service to our customers.