# Customer Satisfaction Rates for Week Ending 02/27/2012
## DirecTV's Goal is 96%
We are 1.00% below goal.

| | |
|---|---|
| Combined | 93.91% |
| Gig Harbor | 92.41% |
| Kent | 95.00% |

| | |
|---|---|
| Harfst | 95.00% |
| Henderson | 96.38% |
| Peeler | 91.78% |

| | |
|---|---|
| Parsons | 97.92% |

| Tech | Team | Index | Tech Professionalism | Confirmation Call | Showed Picture ID | Fully Educated Customer | Spent Sufficient Time | Quality of Work | # of Surveys |
|---|---|---|---|---|---|---|---|---|---|
| Combined | All | 95.00% | 9.34 | 95.45% | 100.00% | 95.45% | 100.00% | 97.73% | 44 |
| Robert Bobo | Harfst | 91.00% | 9.50 | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 2 |
| Adam Boynton | Peeler | 91.50% | 10.00 | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 2 |
| William Dittmar | Peeler | 92.67% | 9.00 | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 3 |
| Michael Knight | Harfst | 92.67% | 9.00 | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 3 |
| Igor Kozlov | Harfst | 95.00% | 9.00 | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 2 |
| Yair Servin | Henderson | 95.50% | 9.00 | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 6 |
| Oleg Katko | Harfst | 97.14% | 9.71 | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 7 |
| Miguel Rocha | Henderson | 99.60% | 9.80 | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 5 |
| Luis Fabian | Henderson | 100.00% | 10.00 | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 3 |
| Michael Reece | Henderson | 100.00% | 10.00 | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 1 |
| Greg Wood | Peeler | 100.00% | 10.00 | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 2 |
| Sharkhuu Lkhagvasuren | Henderson | 100.00% | 10.00 | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 2 |

**EXHIBIT Q**

DOL 002807