
# DIRECTV

March 5, 2012

Dear Contracting Partner:

In January, 2011, DIRECTV implemented an incentive plan to reward excellent customer service as measured by the post call survey results. At the time the incentive went into place, contractors on average produced a post call index of 89, well below company goals. For the month of January 2012, the index had improved a significant amount, to 93.6, a 5% improvement year over year. Thank you for your effort in moving the needle.

In 2012, DIRECTV has set even more demanding goals for providing an exceptional customer experience, and the current incentive metrics do not reflect the standard of service we wish to provide our customers. In addition, despite the improvements noted above, the overall performance of the contracting companies still lags that of our internal technicians by an unacceptable margin (+/- 2 points on average).

As a result, we are revising the customer satisfaction incentive to reward outstanding customer service as noted below. This revised incentive will go into effect as of April 1, 2012.

| Post Call Index | $/Paid WO |
|---|---|
| ≥ 96 | $ 6.00 |
| ≥ 95 and < 96 | $ 4.00 |
| ≥ 94 and < 95 | $ 2.00 |
| < 94 | $ - |

All other aspects of the incentive remain the same. By improving your performance, you have the ability to continue to earn the incentive payments you previously received while helping make DIRECTV the choice for the best customer experience.

Please let your DIRECTV contact know if you have any questions or concerns with the proposed change, which is driven by the current market and customer demands.

Sincerely,

Ed Balcerzak
Vice President - Finance, DIRECTV, Inc.

161 Inverness Dr. West Englewood, CO 80112