|  | Tier N-2 |
| --- | ---: |
| **_Truck Roll_** | |
| - Install | $ 65.00 |
| - Upgrade | $ 41.00 |
| - Service | $ 60.00 |
| | |
| **_Misc. Labor_** | |
| - A/O's (each) | $ 28.00 |
| - Ka/Ku labor | $ 22.00 |
| - Ka/Ku SWM labor | $ 12.00 |
| - International dish labor (ODU 36") | $ 35.00 |
| - 2nd dish labor (Add Labor) | $ 32.00 |
| - Off-air anntena labor | $ 40.00 |
| - Swap/replace | $ 5.00 |
| - ODU upgrade | $ 30.00 |
| - ODU relocate | $ 32.00 |
| - 2nd line DVR | $ 30.00 |
| - Wild Blue Install/Upgrade | $ 120.00 |
| - Non-DTV Equipment Upgrade | $ 28.00 |
| - DIRECTV on Demand (Homeplug Device) | $ 28.00 |
| - Broadband Deca | $ 28.00 |
| - Former Install Reactivate/System Swaps | $ 28.00 |
| - Protection Plan | $ 4.00 |
| - WIFI BB Deca Labor 6/16/2011 | $ 10.00 |

