**Lake, Joseph - SOL**

| | |
|---|---|
| **From:** | Lisa Kelley <lisa@aisystems.pro> |
| **Sent:** | Wednesday, July 13, 2011 12:01 PM |
| **To:** | ltrwood@comcast.net |
| **Cc:** | justin@aisystems.pro; ray@aisystems.pro; matt@aisystems.pro; tim@aisystems.pro; shirley@aisystems.pro |
| **Subject:** | Protection Plan Bonus |

Hi Gregg,

Ray asked me to email and let you know that he has decided to extend the offer of a bonus of $2  for each customer that you sign up for a  Protection Plan.
This bonus/incentive will be effective beginning Friday, July 15, 2011.

Thanks!

**Lisa Kelley
Controller
Advanced Information Systems
Office (253)854-4556 Mobile (206)290-5167**
lisa@aisystems.pro

**EXHIBIT X**                                                          DOL 004790