**Subject:** RE: Work Closed
**Date:** Friday, September 6, 2013 at 3:38:57 PM Pacific Daylight Time
**From:** Mastin, Marc S.
**To:** Justin Masencup, Dunlap, Dustin, Ray Martinez
**CC:** Maez, Billy D.

This is not concerning but completely disappointing considering the discussions and needs I've had of late. 2.3 jobs per day is inadequate for the busy season and far from what we need... remember who your customer is?!

Beginning today I will do a 30 day review, should productivity levels not meet the same levels of our own in house techs per day, I will re-evaluate the need all together. If there are only 4/5 full time techs pulling work at that level, I can open a req to bring on our own candidates so that we may manage it to meet our needs.

We'll touch base on this again on 10/6/13. BIG EXPECTATIONS!!

**Marc Mastin** | Regional Director, Home Services | DIRECTV | 425.949.9851


DIRECTV

**From:** Justin Masencup [mailto:justin@aisystems.pro]
**Sent:** Friday, September 06, 2013 3:29 PM
**To:** Dunlap, Dustin; Ray Martinez
**Cc:** Mastin, Marc S.; Maez, Billy D.
**Subject:** RE: Work Closed

I don't have the same visibility as you on this but this past week has been problematic for us as far as routing. On Labor day we did not receive any work from Lacey, on Wednesday our tech who was supposed to be routed did not receive anything and on Thursday our 6th day was not entered so we had to pickup work in the morning. Austin is still unable to complete any jobs under his tech number because of the warehouse/inventory issue so he appears to be a zero every day even though he is completing work. Additionally, I requested Merle be moved back up to a full route now that he has recovered from his injury but he is still only receiving a half route. I don't know if any of these things will affect your numbers.

Thanks,

Justin Masencup
Operations Analyst
**Advanced Information Systems**
justin@aisystems.pro
(805) 996-0821

**From:** Dunlap, Dustin [mailto:DDunlap@dtvhs.com]
**Sent:** Friday, September 6, 2013 3:11 PM
**To:** Justin Masencup; Ray Martinez
**Cc:** Mastin, Marc S.; Maez, Billy D.
**Subject:** RE: Work Closed

8/30 to 9/5

**From:** Justin Masencup [mailto:justin@aisystems.pro]
**Sent:** Friday, September 06, 2013 3:09 PM
**To:** Dunlap, Dustin; Ray Martinez
**Cc:** Mastin, Marc S.; Maez, Billy D.
**Subject:** RE: Work Closed

What time frame is the last week of productivity?

**From:** Dunlap, Dustin [mailto:DDunlap@dtvhs.com]
**Sent:** Friday, September 6, 2013 3:04 PM
**To:** Ray Martinez; Justin Masencup
**Cc:** Mastin, Marc S.; Maez, Billy D.
**Subject:** Work Closed

Ray, Justin

I am reviewing our last week of productivity and having some major concerns. It looks like we only had 4 technicians that worked the full 6 out of 7 days. They closed 57 work orders or 2.3 work orders per day. In house technicians are closing 3.3 and 3.4 per technicians. There were 6 other techs that closed work in my region for a total closed work order amount of 78 work orders.

When we started the busy season we had 10~ technicians and at 2.3 closed per day that would be 138 closed work orders. You are barely meeting 50% of a mark that was already reduced as an expectation.

Bottom Line, Lacey expects more and needs more. Please let me know when we will see more.

**Dustin Dunlap**
Site Manager
Lacey Wa
(425)409-4151
ddunlap@dtvhs.com