**Subject:** Staffing
**Date:** Friday, June 28, 2013 at 7:05:44 AM Pacific Daylight Time
**From:** Mastin, Marc S.
**To:** Ray Martinez
**CC:** Bdmaez@dtvhs.com, Dunlap, Dustin

We need to talk, I know this was an issue with Chris but now as tradition would have it, I am now experiencing the same lack of delivery on staffing.

This will kill my business. I need an actionable plan that will deliver on my needs.

Marc Mastin | Regional Director, Home Services | DIRECTV | 425.949.9851


DIRECTV