1   JANET M. HEROLD
    Regional Solicitor
2   BRUCE L. BROWN
    Associate Regional Solicitor
3   JOSEPH M. LAKE
    Senior Trial Attorney
4   California State Bar Number 246679
    JEREMIAH MILLER
5   Senior Trial Attorney
    miller.jeremiah@dol.gov
6   WSBA # 40949
    United States Department of Labor
7   Office of the Solicitor
8   300 Fifth Ave., Suite 1120
    Seattle, WA 98104
9   (206) 757-6762
    FAX (206) 757-6761
10
    Attorneys for Plaintiff, Thomas E. Perez
11  Secretary of Labor, United
    States Department of Labor

**HON. RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, <br><br>  Plaintiff, <br> v. <br><br> LANTERN LIGHT CORPORATION, d/b/a ADVANCED INFORMATION SYSTEMS, a corporation; DIRECTV LLC, a limited liability company; and RAMON MARTINEZ, an individual, <br><br>  Defendants. | Case No.: 2:12-cv-01406-RSM <br><br> **NOTICE OF ADDITIONAL EXHIBITS (PART FOUR) IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT DIRECTV LLC** <br><br> Noting date: April 10, 2015 |

Additional Exhibits for Secretary's Motion
for Partial Summary Judgment
Perez v. Lantern Light Corp., et al., 2:12-cv-01406-RSM
Page 1

Office of the Solicitor, U.S. Department of Labor
300 Fifth Avenue, Suite 1120
Seattle, WA 98101
(206) 757-6762

Attached to this filing, please find part four of additional exhibits submitted by the Plaintiff in support of his Motion for Partial Summary Judgment. *Dkt No.* 121.

Dated: March 19, 2015

M. PATRICIA SMITH
Solicitor of Labor
JANET M. HEROLD
Regional Solicitor

By: _/s/ Joseph Lake_____
JOSEPH M. LAKE
Senior Trial Attorney

JEREMIAH MILLER
Senior Trial Attorney

Attorneys for the Plaintiff Secretary of Labor,
United States Department of Labor

Additional Exhibits for Secretary's Motion
for Partial Summary Judgment
Perez v. Lantern Light Corp., et al., 2:12-cv-01406-RSM
Page 2

Office of the Solicitor, U.S. Department of Labor
300 Fifth Avenue, Suite 1120
Seattle, WA 98101
(206) 757-6762