UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LANTERN LIGHT CORPORATION, d/b/a ADVANCED INFORMATION SYSTEMS, a corporation; DIRECTV LLC, a limited liability company; and RAMON MARTINEZ, an individual,<br><br>　　　　Defendants. | Case No.: 2:12-cv-01406-RSM<br><br>CONSENT JUDGMENT AND ORDER AS TO DEFENDANTS LANTERN LIGHT CORPORATION d/b/a ADVANCED INFORMATION SYSTEMS AND RAMON MARTINEZ |

Plaintiff, THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor ("Plaintiff" or the "Secretary"), and Defendants LANTERN LIGHT CORPORATION and RAMON MARTINEZ ("Defendants") have agreed to resolve the matters in controversy in this civil action and consent to the entry of this consent judgment ("Consent Judgment" or "Judgment") of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* ("FLSA" or "Act").

///

I.  ADMISSIONS BY THE PARTIES:

　A. The Secretary has filed a Complaint alleging that Defendants violated provisions of Sections 6, 7, 11(c), 15(a)(2) and (5) of the FLSA, 29 U.S.C. §§ 206, 207,

Consent Judgment, Lantern Light Corp./Ramon Martinez
Perez v. Lantern Light Corp., et al., 2:12-cv-01406-RSM
Page 1

Office of the Solicitor, U.S. Department of Labor
300 Fifth Avenue, Suite 1120
Seattle, WA 98101
(206) 757-6762

211(c), 215(a)(2) and (5) from at least August 21, 2009, to October 30, 2014 ("Subject Period").

    B. Defendants acknowledge receipt of a copy of the Secretary's Complaint.

    C. Defendants and the Secretary agree that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the district court for the Western District of Washington.

    D. Defendants and the Secretary agree to the entry of this Consent Judgment without contest.

    E. Defendants acknowledge that Defendants and any individual or entity acting on their behalf or at their direction has notice of, and understands, the provisions of this Consent Judgment.

    F. Defendant LANTERN LIGHT CORPORATION is not currently an active business.

Having considered the submissions made in connection with the proposed settlement, the representations, arguments, recommendation of counsel for the parties, and the requirements of law, the Court hereby makes the following findings of fact and conclusions of law in support of its Final Order and Judgment approving the Consent Judgment.

II.    FINDINGS OF FACT AND CONCLUSIONS OF LAW:

    A. The Secretary has filed a Complaint alleging that Defendants violated provisions of Sections 6, 7, 11(c), 15(a)(2) and (5) of the FLSA, 29 U.S.C. §§ 206, 211(c), 215(a)(2) and (5) during the Subject Period.

    B. Defendants have received a copy of the Secretary's Complaint.

Consent Judgment, Lantern Light Corp./Ramon Martinez   Office of the Solicitor, U.S. Department of Labor
Perez v. Lantern Light Corp., et al., 2:12-cv-01406-RSM            300 Fifth Avenue, Suite 1120
Page 2                                                              Seattle, WA 98101
                                                                    (206) 757-6762

  C. This Court has jurisdiction over the parties and subject matter of this civil action, and venue lies in the district court for the Western District of Washington.

  D. Defendants and the Secretary have agreed to the entry of this Consent Judgment without contest.

  E. Defendants and any individual or entity acting on their behalf or at their direction have notice of, and understand, the provisions of this Consent Judgment.

  F. Defendant LANTERN LIGHT CORPORATION is not currently an active business.

III. JUDGMENT

Therefore, upon motion of the attorneys for the Secretary, and for cause shown,

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, Defendants their officers, agents, servants, employees, successor companies, and all persons in active concert or participation with them be, and they hereby are, enjoined and restrained from violating the provisions of the FLSA, in any of the following manners:

1. Defendants shall not, contrary to the FLSA § 6, 29 U.S.C. § 206, pay any satellite television installer less than the federal minimum wage or $7.25 per hour (whichever is higher) for all hours worked in a workweek.

2. Defendants shall not, contrary to FLSA § 7, 29 U.S.C. § 207, pay any satellite television installer less than time and one half the employee's regular rate for all hours worked over 40 hours in a workweek.

3. Defendants shall not, contrary to FLSA § 11(c), 29 U.S.C. § 211(c), fail to make, keep, make available to representatives of the Secretary and preserve records of their satellite

Consent Judgment, Lantern Light Corp./Ramon Martinez Office of the Solicitor, U.S. Department of Labor
Perez v. Lantern Light Corp., et al., 2:12-cv-01406-RSM  300 Fifth Avenue, Suite 1120
Page 3  Seattle, WA 98101
  (206) 757-6762

television installers and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued and found in Title 29, Code of Federal Regulations, part 516.

4. IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

5. Each party shall bear all fees and other expenses (including court costs and attorney's fees) incurred by such party in connection with any stage of this proceeding.

IT IS SO ORDERED this 15th day of October 2015.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Consent Judgment, Lantern Light Corp./Ramon Martinez   Office of the Solicitor, U.S. Department of Labor
Perez v. Lantern Light Corp., et al., 2:12-cv-01406-RSM                    300 Fifth Avenue, Suite 1120
Page 4                                                                                         Seattle, WA 98101
                                                                                                  (206) 757-6762